UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

| | |
|---|---|
| **LANCE S. WILSON**<br>CLERK OF COURT | **CYNTHIA K. JENSEN**<br>CHIEF DEPUTY, LAS VEGAS |
| | **JAKE HERB** CHIEF<br>DEPUTY, RENO |

July 19, 2007

118S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818


IN RE:  MDL 1735        IN RE:   Wal-Mart Wage & Hour Employment Practices Litigation


Case Name:      Shanaia Brown v. Wal-Mart Stores, Inc.,

Case Number:    Your Case #2:07-1417 ;  Our Case #2:06-cv-00225-PMP-PAL

Dear Clerk:

    Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistirct Litigation directing the transfer of the above-referenced civil action(s) to this district under 28 U.S.C. Section 1407.

    Please send us your original file, a certified copy of your docket sheet in the case listed above and the enclosed copy of this transmittal letter to:

Clerk, United States District Court
333 Las Vegas Boulevard South
Las Vegas, Nevada   89101
Attention:
Melissa Jaime

    If your case is available electronically, e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to qc_vegas@nvd.uscourts.gov    , or send the documents to the address listed above on a compact disc.

Lance S. Wilson, Clerk

By: /s/ Melissa Jaime

Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

July 10, 2007

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Re: MDL-1735 -- IN RE Wal-Mart Wage and Hour Employment Practices Litigation

(See Attached CTO-9)

2: 06CV225-PMP-PAL

Dear Mr. Wilson:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 22, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc:  Transferee Judge:     Judge Philip M. Pro
     Transferor Judges:    Judge Joanna Seybert; Judge David Folsom
     Transferor Clerks:    Robert C. Heinemann; David J. Maland

JPML Form 36



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 22 2007

FILED
CLERK'S OFFICE

**DOCKET NO. 1735**

2007 JUL 13 A 3: 29

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

*Shanaia Brown v. Wal-Mart Stores, Inc., et al.*, E.D. New York, C.A. No. 2:07-1417
*Jason Hicks v. Wal-Mart Stores, Inc., et al.*, E.D. Texas, C.A. No. 5:07-51

### CONDITIONAL TRANSFER ORDER (CTO-9)

2:06CV00225 - PMP-PAL

On February 16, 2006, the Panel transferred five civil actions to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 416 F.Supp.2d 1356 (J.P.M.L. 2006). Since that time, 21 additional actions have been transferred to the District of Nevada. With the consent of that court, all such actions have been assigned to the Honorable Philip M. Pro.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Nevada and assigned to Judge Pro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of February 16, 2006, and, with the consent of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**INVOLVED COUNSEL LIST (CTO-9)**
**DOCKET NO. 1735**
**IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION**

Thomas H. Johnson
410 Hickory Street
Texarkana, AR 71854

Daniel E. Rausher
Law Office of Daniel E. Rausher
26 Court Street
Suite 1604
Brooklyn, NY 11242



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 2 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1735

2007 JUL 13 A 3: 29

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

*Shanaia Brown v. Wal-Mart Stores, Inc., et al.*, E.D. New York, C.A. No. 2:07-1417
*Jason Hicks v. Wal-Mart Stores, Inc., et al.*, E.D. Texas, C.A. No. 5:07-51

### CONDITIONAL TRANSFER ORDER (CTO-9)

2: 06cv00225-PMP-PAL

On February 16, 2006, the Panel transferred five civil actions to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 416 F.Supp.2d 1356 (J.P.M.L. 2006). Since that time, 21 additional actions have been transferred to the District of Nevada. With the consent of that court, all such actions have been assigned to the Honorable Philip M. Pro.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Nevada and assigned to Judge Pro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of February 16, 2006, and, with the consent of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION