JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 7612
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    (702) 791-0308

BRIAN L. DUFFY, ESQ.
NAOMI G. BEER, ESQ.
JEANNETTE M. BROOK, ESQ.
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone:    (303) 572-6500

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL No. 1735<br>2:06-cv-00225-PMP-PAL<br>(BASE FILE) |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | STIPULATION REGARDING STAY OF PROCEEDINGS |

Plaintiffs and Defendants, by and through their undersigned lead counsel in these MDL proceedings, stipulate and agree to stay these proceedings pending approval of a final settlement reached among the parties. This stay is warranted to afford the Court and the

1

parties sufficient time to consider the settlement documents and conduct the proceedings necessary to the class action settlement approval process.

1.  These proceedings consist of thirty-five actions which have been consolidated before this Court for pretrial proceedings pursuant to 28 U.S.C. § 1407.

2.  On June 20, 2008, the Court denied class certification in the four First Phase cases.

3.  On June 30, 2008, Plaintiffs filed a Petition for Interlocutory Review of the denial of class certification with the Ninth Circuit. Defendants responded to the Petition on July 18, 2008. The Ninth Circuit has not yet decided whether or not it will accept the appeal.

4.  On December 14, 2008, Lead Counsel for Plaintiffs and Lead Counsel for Defendants executed a binding and confidential Term Sheet agreeing to settle all thirty-five cases in this MDL proceeding, subject to approval of the settlement by Wal-Mart's Board of Directors. The Term Sheet further provided that once the Board approved the settlement, the parties would notify the Court of the settlement and seek to stay all proceedings other than those necessary to effectuate the settlement.[1]

5.  The settlement has been approved by Wal-Mart's Board of Directors. The parties are in the process of drafting the final settlement documents and preparing the required submissions for the Court's consideration relative to obtaining preliminary approval of the settlement. Accordingly, Lead Counsel for Plaintiffs and Lead Counsel for Defendants in these MDL proceedings respectfully request that the Court stay all proceedings in all cases that comprise MDL 1735 other than those necessary to the settlement approval process.

---

[1] The parties to the pending interlocutory appeal have informed the Ninth Circuit of the settlement and are separately filing a motion with the Ninth Circuit seeking to stay Plaintiffs' pending interlocutory appeal and to remand the matter to this Court for the purpose of effectuating the settlement.

2

6. The request set forth in this stipulation is made in good faith, in the interest of justice, and not for the purposes of delay.

Respectfully submitted this 2nd day of January, 2009.

| | |
|---|---|
| CAROLYN BEASLEY BURTON | GREENBERG TRAURIG, LLP |
| /s/ *Carolyn Beasley Burton* | /s/ *Naomi G. Beer* |
| CAROLYN BEASLEY BURTON | BRIAN L. DUFFY |
| The Mills Law Firm | NAOMI G. BEER |
| 880 Las Gallinas Avenue, Suite Two | 1200 17TH Street, Suite 2400 |
| San Rafael, CA 94903 | Denver, Colorado 80202 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IT IS SO ORDERED

By:_____
PHILIP M. PRO
Chief United States District Judge

# CERTIFICATE OF SERVICE

I, Molly Roll, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; I am over the age of 18 years; I am employed by GREENBERG TAURIG LLP, located at 1200 Seventeenth Street, Suite 2400, Denver, Colorado 80202, whose members are members of the State Bar of Colorado and at least one of whose members is a member of the Bar of each Federal District Court within Colorado; I am not a party to the within action; and that I caused to be served a true and correct copy of the following document in the manner indicated below:

    1.    **STIPULATION REGARDING STAY OF PROCEEDINGS**

    2.    **CERTIFICATE OF SERVICE**

__X__    By Electronic Filing: I served a true copy on this date of each document listed above on all parties registered for electronic filing in this action.

Executed on January 2, 2009, at Denver, Colorado.

                                  /s/Molly Roll

DEN 96,768,036v3