UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re Wal-Mart Wage and Hour Employment Practices Litigation | MDL-1735<br>2:06-cv-00225-PMP-PAL<br>(BASE FILE) |
| THIS DOCUMENT RELATES TO:<br><br>*King, et al. v. Wal-Mart Stores, Inc., et al.*<br>2:07-CV-01486-WY | |

**PLAINTIFFS' MOTION FOR AN ORDER GRANTING
PRELIMINARY APPROVAL OF PROPOSED
CLASS ACTION SETTLEMENT**

Plaintiffs have reached a proposed settlement with Defendants in the amount of $5.0 million (the "King Settlement").[1] Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs respectfully submit this motion for an Order granting preliminary approval of the King Settlement on the terms and conditions reflected in the settlement agreement, dated May 26, 2009 (the "King Settlement Agreement") (attached hereto as Ex. 1).

Accordingly, Plaintiffs respectfully request that the Court enter an Order.

1. Granting preliminary approval of the King Settlement for the purpose of permitting Plaintiffs to issue notice of the proposed King Settlement to members of the Class;

2. Approving the forms of notice attached to the proposed Preliminary Approval Order as Exhibits __A__ and __B__, and approving the methods for disseminating such notice;

3. Conditionally certifying the Class, as defined in the King Settlement Agreement, under Fed. R. Civ. P. 23(a) and (b)(1) for purposes of the King Settlement, and the final approval

---

[1] Pursuant to a Stipulation being filed today, and subject to approval of the Court, the King Settlement will be set forth in a separate Settlement Agreement and will be separately considered by the Court, except that approval of the Settlements in the other MDL actions may be a condition to the proposed Settlement in King becoming final.

1

1  thereof; and

2      4.    Scheduling a hearing to consider the fairness of the King Settlement pursuant to Fed. R. Civ. P. 23(e), and to consider the application for attorney's fees and expenses by ERISA Class Counsel pursuant to the common fund doctrine and the application for an incentive award for Plaintiffs.

This 26th day of May, 2009.

        Respectfully Submitted,

_____
Todd S. Collins
Ellen T. Noteware
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

_____
Lynn Sarko
Gary Gotto
**KELLER ROHRBACK, LLP**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

_____
Ann Miller
**ANN MILLER, LLC**
The Benjamin Franklin
834 Chestnut Street, Suite 206
Philadelphia, PA 19107
Telephone: (215) 238-0468
Facsimile: (215) 574-0699

**ERISA Class Counsel for Plaintiffs**

1

2   Robert J. Bonsignore
    BONSIGNORE & BREWER
3   23 Forest Street
    Medford, MA  02155
4   Telephone:  (781) 391-9400
    Facsimile:  (781) 391-9496
5

6   Carolyn Beasley Burton
    THE MILLS LAW FIRM
7   880 Las Gallinas Avenue
    Suite Two
8   San Rafael, CA  94903
    Telephone:  (510) 691-2422
9   Facsimile:  (415) 455-1327

10  **MDL 1735 Co-Lead Counsel**

11

12  malta466488-001

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28