Robert J. Bonsignore
(Massachusetts Bar No. 547880)
Bonsignore & Brewer
23 Forest Street
Medford, Massachusetts 02155
Telephone: 781.350.0000
Facsimile: 781.391.9496
rbonsignore@class-actions.us

Carolyn Beasley Burton
The Mills Law Firm
(California Bar No. 184753)
880 Las Gallinas Avenue
Suite Two
San Rafael, CA
Telephone:  415.455.1326
Facsimile:  415.455.1327
cbeasley@beasleylawgroup.biz


Co-Lead Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | ) MDL 1735 )  )Case No.2:06-CV-00225-PMP-PAL ) (BASE FILE) |
| THIS DOCUMENT RELATES TO: | ) ) |
| Bayardo v. Wal-Mart Stores, Inc., et al.   2:07-cv-00349-PMP-PAL | ) ) |
| Brogan (Pam) v. Wal-Mart Stores, Inc., et al.   2:07-cv-00214-PMP-PAL | ) ) |
| Brogan (Tammy), v. Wal-Mart Stores, Inc., et al.   2:09-cv-00338-PMP-PAL | ) ) |
| Campbell v. Wal-Mart Stores, Inc., et al.   2:06-cv-01172-PMP-PAL | ) ) |

| | |
|---|---|
| Cole v. Wal-Mart Stores, Inc., et al | ) |
|   2:06-cv-00003 -PMP-PAL | ) |
| Curless v. Wal-Mart Stores, Inc., et al. | ) |
|   2:05-cv-00277 -PMP-PAL | ) |
| Cruzado v. Wal-Mart Stores, Inc., et al. | ) |
|   2:09-cv-00225-PMP-PAL | ) |
| Deas v. Wal-Mart Stores, Inc., et al. | ) |
|   2:06-cv-00052-PMP-PAL | ) |
| Griffin v. Wal-Mart Stores, Inc., et al. | ) |
| 2:09-cv-00341-PMP-PAL | ) |
| Hall v. Wal-Mart Stores, Inc., et al. | ) |
|   2:05-cv-01099-PMP-PAL | ) |
| Henderson v. Wal-Mart Stores, Inc., et al. | ) |
|   2:06-cv-01569-PMP-PAL | ) |
| Hicks v. Wal-Mart Stores, Inc., et al. | ) |
|   2:07-cv-00960-PMP-PAL | ) |
| D. Jackson v. Wal-Mart Stores, Inc., et al. | ) |
|   2:05-cv-00269-PMP-PAL | ) |
| R. Jackson v. Wal-Mart Stores, Inc., et al. | ) |
|   2:05-cv-00424-PMP-PAL | ) |
| Kraemer v. Wal-Mart Stores, Inc., et al. | ) |
|   2:06-cv-00098-PMP-PAL | ) |
| Luce v. Wal-Mart Stores, Inc., et al. | ) |
|   2:05-cv-01019-PMP-PAL | ) |
| McFarlin v. Wal-Mart Stores, Inc., et al. | ) |
|   2:05-cv-00094-PMP-PAL | ) |
| Mathies v. Wal-Mart Stores, Inc., et al. | ) |
|   2:07-cv-00950-PMP-PAL | ) |
| Nolan v. Wal-Mart Stores, Inc., et al. | ) |
|   2:06-cv-0777-PMP-PAL | ) |
| Olinger v. Wal-Mart Stores, Inc., et al. | ) |
|   2:06-cv-14055-PMP-PAL | ) |
| Parrish v. Wal-Mart Stores, Inc., et al. | ) |
| 2:09-cv-00342-PMP-PAL | ) |
| Penn v. Wal-Mart Stores, Inc., et al. | ) |
|   2:06-cv-06045-PMP-PAL | ) |
| Poha-Shibata v. Wal-Mart Stores, Inc., et al. | ) |
|   2:05-cv-00697-PMP-PAL | ) |
| Pritchett v. Wal-Mart Stores, Inc., et al. | ) |
|   2:09-cv-00343-PMP-PAL | ) |
| Smith v. Wal-Mart Stores, Inc., et al. | ) |
|   2:07-cv-00188-PMP-PAL | ) |

| | |
|---|---|
| Stafford v. Wal-Mart Stores, Inc., et al. | ) |
|   2:05-cv-00535-PMP-PAL | ) |
| Whitacre v. Wal-Mart Stores, Inc., et al. | ) |
|   2:07-cv-00445-PMP-PAL | ) |
| N. Williams v. Wal-Mart Stores, Inc., et al. | ) |
|   2:06-cv-00061-PMP-PAL | ) |
| T. Williams v. Wal-Mart Stores, Inc., et al. | ) |
|   2:06-cv-00142-PMP-PAL | ) |
| Woods v. Wal-Mart Stores, Inc., et al. | ) |
|   2:06-cv-00006-PMP-PAL | ) |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

NOW COME Plaintiffs in the above-entitled action and move this Honorable Court for an Order granting Plaintiffs' request to file their Consolidated Amended Class Action Complaint ("Amended Complaint") for the sole purposes of narrowing the legal and factual issues for the settled cases, and to facilitate the Settlement.

In support of this motion, Plaintiffs state:

1.     The Amended Complaint restates the allegations brought in the underlying complaints against Wal-Mart Stores, Inc. (including all Wal-Mart Stores, Supercenters, Distribution Centers and Neighborhood Markets) and Sam's West, Inc. and Sam's East, Inc. (collectively, "Sam's Club") (all together, "Wal-Mart" or "Defendants") on behalf of all hourly associates in the States or Territories of Alabama, Alaska, Arkansas, Connecticut, Delaware, Georgia, Hawaii, Idaho, Louisiana, Maine, Maryland, Michigan, Montana, Nebraska, Nevada, New Hampshire, North Carolina, North Dakota, Ohio, Oregon, Puerto Rico, Rhode Island, South Dakota, Texas, Utah, Virginia, West

Virginia, Wisconsin, and Wyoming (collectively, the collectively, the "MDL Settling State Plaintiffs") during the time periods set forth in paragraph 49 of the Amended Complaint and for the conduct as alleged in the Amended Complaint.

    2.    The Amended Complaint also restates the allegations against Defendants on behalf of hourly associates the State of California from March 19, 2003 through February 27, 2009 with respect to claims for "time-shaving" and manipulation of time records only, as alleged in the Amended Complaint.

    3.    Defendants do not oppose the filing of the proposed Amended Complaint for the purposes of facilitating the Settlement. The parties have further agreed that given the settlement, and the upcoming filing of Plaintiffs' motion for preliminary approval, Defendants need not serve an answer or other response to the Amended Complaint and all Defendants' defenses to the Amended Complaint are shall be preserved.

    4.    This motion is made in the interest of justice and not for purposes of delay.

    WHEREFORE, Plaintiffs respectfully request this Honorable Court to enter an Order granting Plaintiffs' request to file an amended complaint for purposes of facilitating the settlement and further ordering that in light of the settlement, Defendants need not serve an answer to the Amended Complaint at this time.

Dated:    May 26, 2009        Respectfully submitted,

Plaintiffs' Co-Lead Counsel:

BONSIGNORE & BREWER

By: /s/ _____
    Robert J. Bonsignore

THE MILLS LAW FIRM

By: /s/ _____
    Carolyn Beasley Burton

| | |
|---|---|
| Daniel D. Ambrose, Esq.<br>Ambrose Law Group<br>1007 East West Maple Road<br>Walled Lake, MI 48390<br>(248) 624-5500 | Craig O. Asbill, Esq.<br>Charles G. Monnett & Associates<br>200 Queens Road<br>Suite 300<br>Charlotte, NC 28204<br>(704) 376-1911 |
| Franklin D. Azar, Esq.<br>Rodney P. Bridgers, Jr., Esq.<br>Nathan J. Axvig, Esq.<br>Franklin D. Azar & Associates P.C.<br>14426 East Evans Ave.<br>Aurora, CO 80014<br>(303) 757-3300 | Gerald L. Bader, Jr., Esq.<br>Bader & Associates, L.L.P.<br>14426 East Evans Ave., Suite 200<br>Aurora, CO 80014<br>(303) 534-1700 |
| Richard Batesky, Esq.<br>Attorney at Law<br>22 E. Washington St., Suite 610<br>Indianapolis, IN 46204<br>(800) 822-2039 | Robin E. Brewer, Esq.<br>Nicole Vamosi, Esq.<br>Kelly Elam, Esq.<br>Rick Kirchner, Esq.<br>Julie Baker, Esq.<br>Bonsignore & Brewer<br>23 Forest Street<br>Medford, MA 02155<br>(781) 350-0000 |
| Mark C. Choate, Esq.<br>Choate Law Firm LLC<br>424 N. Franklin Street<br>Juneau, AK 99801<br>(907) 586-4490 | Todd S. Collins, Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(800) 424-6690 |
| Adriana Contartese, Esq.<br>Attorney at Law<br>866 East Fifth St.<br>Boston, MA 02127<br>(617) 268-3557 | Lanny H. Darr<br>Schrempf, Kelly, Knapp & Darr, Ltd.<br>307 Henry St.<br>Suite 415<br>Alton, IL 62002<br>(618) 465-2311 |

Paul C. EchoHawk, Esq.  
Nathan Long, Esq.  
EchoHawk Law Offices  
Paul C. EchoHawk  
505 Pershing Avenue  
Pocatello, ID 83205  
(208) 478-1624  

R. Deryl Edwards, Jr., Esq.  
606 S. Pearl Ave.  
Joplin, MO 64801  
(417) 624-1962  

Ivy L. Frignoca, Esq.  
Lambert Coffin Haenn  
477 Congress St, 14th Fl  
Portland, ME 04112  
(207) 874-4000  

Courtney French, Esq.  
Fuston, Petway & French, LLP  
3500 Colonnade Parkway  
Suite 300  
Birmingham, AL 35243  
(205) 977-9798  

Troy N. Giatras, Esq.  
The Giatras Law Firm, PLLC  
118 Capitol Street  
Suite 800  
Charleston, WV 25301  
(304) 343-2900  

Christopher R. Gilreath, Esq.  
Gilreath & Associates  
550 Main Street  
Suite 600  
Knoxville, TN 37902  
(865) 637-2442  

Vincent J. Glorioso, III, Esq.  
The Glorioso Law Firm  
815 Baronne Street  
New Orleans, LA 70113  
(504) 569-9999  

Donald S. Goldbloom, Esq.  
12590 National Pike  
Grantsville, MD 21536  
(301) 895-5240  

Gregory F. Greiner, Esq.  
Greiner Law Office  
630 G Ave.  
Grundy Center, IA 50638  
(319) 824-6951  

J. Thomas Henretta, Esq.  
Law Offices of J. Thomas Henretta  
400 Key Building  
159 South Main Street  
Akron, OH 44308  
(330) 376-7801  

Thomas H. Johnson, Esq.  
Thomas H. Johnson Law Office  
410 Hickory St.  
Texarkana, AR 71854  
(870) 773-6359  

Carol P. LaPlant, Esq.  
89 Menlo Place  
Berkeley, CA 94707  
(510) 725-9582

Christopher Meeks, Esq.
Lynch, Meeks & Battitori
1031 Military Avenue
Baxter Springs, KS
(620) 856-2771

Robert W. Mills, Esq.
The Mills Law Firm
880 Las Gallinas Avenue
Suite Two
San Rafael, CA 94903
(415) 455.1326

Glen W. Neeley, Esq.
Attorney at Law, P.C.
863 25th St.
Ogden, UT 84001
(801) 612-1511

D. Michael Noonan, Esq.
Shaheen & Gordon, P.A.
140 Washington Street
P.O. Box 977
Dover, NH 03821
(603) 749-5000

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800

Mike Miller, Esq.
Stacey E. Tjon, Esq.
Solberg, Stewart, Miller & Tjon
1129 Fifth Avenue South
Fargo, ND 58103
(701) 237-3166

Pamela Mullis, Esq.
The Mullis Law Firm
1229 Elmwood Ave
Columbia, SC 29201
(803) 799-9577

Gary S. Nitsche, Esq.
Weik, Nitsche, Dougherty
1300 N. Grant Ave, Suite 101
Wilmington, DE 19899
(302) 655-4040

Raymond A. Pacia, Esq.
Attorney At Law, LTD
50 Power Road
Pawtucket, RI 02860
(401) 727-2242

Arthur Y. Park, Esq.
Laurent J. Remillard, Jr., Esq.
John C. McLaren, Esq.
Park Park & Remillard
707 Richards Street
Suite 500
Honolulu, HI 96813
(808) 536-3905

Wayne D. Parsons, Esq.
Wayne D. Parsons Law Offices
Dillingham Business Center
Suite 201C
1406 Colburn Street
Honolulu, HI 96817
(808) 845-2211

Dan Rauscher, Esq.
Attorney at Law
26 Court Street
Suite 512
Brooklyn, New York 11242
(718) 596-7333

Thomas R. Ricci, Esq.
Law Office of Thomas R. Ricci
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800

Fred Schultz, Esq.
Greene & Schultz
Showers Plaza
320 W. 8th Street
Suite 100
Bloomington, IN 47404
(812) 336-4357

Stephen M. Smith, Esq.
Joseph Smith Ltd.
2100 Kecoughtan Road
Hampton, VA 23661-0437
(757) 244- 7000

John Rausch, Esq.
P.O. Box 905
Waterloo, IA 50704
(319) 233-3557

Dirk A. Ravenholt, Esq.
Ravenholt & Associates
2013 Alta Drive
Las Vegas, NV 89106
(702) 647-0110

Lynn Lincoln Sarko, Esq.
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

Cynthia K. Smith, Esq.
Jasper Smith Olson, P.C.
202 W. Spruce St.
P.O. Box 7785
Missoula, MT 59807
(406) 541-7177

Laurence W. Stinson, Esq.
Bradley D. Bonner, Esq.
Bonner Stinson, P.C.
P.O. Box 799
128 East Second Street
Powell, WY 82435
(307) 754-4950

| | |
|---|---|
| Mark Tate, Esq.<br>Tate Law Group, LLC<br>2 East Bryan Street<br>Suite 600<br>Savannah, GA 31401<br>(912) 234-3030 | Jill P. Telfer, Esq.<br>Law Offices of Jill P. Telfer<br>331 J. Street, Ste. 200<br>Sacramento, CA 95814<br>(916) 446-1916 |
| Matthew Tobin, Esq.<br>201 S. Phillips Avenue<br>Suite 200<br>Sioux Falls, SD 57104<br>605-366-9715 | Jay A. Urban, Esq.<br>Urban & Taylor S.C.<br>4701 North Port Washington Road<br>Milwaukee, WI 53212<br>(414) 906-1700 |
| Ernest Warren, Jr., Esq.<br>Walker Warren & Watkins<br>838 SW First Avenue<br>Suite 500<br>Portland, OR 97204<br>(503) 228-6655 | Christopher P. Welsh, Esq.<br>James R. Welsh, Esq.<br>Welsh & Welsh, P.C. L.L.O.<br>9290 West Dodge Road<br>100 The Mark<br>Omaha, Nebraska, 68114<br>(402) 384-8160 |

## **CERTIFICATE OF SERVICE**

I, Robert Bonsignore, declare under penalty of perjury that the following is true and correct:

1. I am a citizen of the United States; am over age 18 years; my business address is 23 Forest Street, Medford, Massachusetts 02155.

2. I am a member of the Bar of Massachusetts and am not a party to this action.

3. On the date executed below, I caused to be served a true and correct copy of the following document by electronic filing:

**PLAINTIFFS' UNOPPOSED MOTION TO FILE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I caused to be served on this date a true copy of the document listed above on all parties registered for electronic filing in this action.

Executed on this 26th day of May, 2009

                                                    /s/
                                          Robert Bonsignore