Dr. Michael R. Weiler, *Pro Se*
1497 West Van Buren Avenue
Salt Lake City, Utah 84104-3446
Telephone: (801)-524-6115 (Day)
             (801)-972-4435 (Evening)

Class Member & Consolidated Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: **Wal-Mart Wage and Hour Employment Practices Litigation** | MDL No. 1735 |
| | Case No. 2:06-CV-225 PMP-PAL |
| Norma Jean Williams v. Wal-Mart Stores, Inc. (Utah Class Member & Consolidated Plaintiff), et al (2:06-cv-61 PMP-PAL) | **Honorable Phillip M. Pro** U. S. District Court Judge |
| and | |
| Michael R. Weiler v. Wal-Mart Stores, Inc. (Utah Class Member & Consolidated Plaintiff), et al | **JUDICIAL NOTICE OF POTENTIAL CRIMINAL ACTIVITY** |

    Class Member refers the Court to its Preliminary Objection to Preliminary Proposed Class Action Settlement & Release of Claims, filed in response to ¶ VI (C) of the Notice of Proposed Class Action Settlement and Release of Claims, at page 5.

    Pursuant to 18 USC § 1514A and criminal activity on the part of "salaried managers", pertinent to 18 USC § 3 & at the lesser offense of 28 USC § 7204, and to a greater degree, organized under 18 USC § 100, et seq., also, UCA § 34-40-103 & UCA § 34-28-12.

.... (3) **Programmatic Relief under ¶ III (B)(1 - 7)** of the Notice of Proposed Class Action Settlement and Release of Claims, at page 3 & 4, <u>**are currently in effect**</u> at Wal-Mart Stores, Inc., easily manipulated, ineffective, and inadequate, which has <u>**not**</u> deterred an **incongruous hourly wage practices by "salaried management" which keeps perpetuating regardless of intermittent litigation.** Corporations are <u>not</u> above criminal activity and organized 'ruses' through the tools and practices of 'plausible deniability' or 'displaced responsibility' — put the responsibility on the shoulder of the hourly employee.

This litigation is worthy of further scrutiny and referral to the DOJ for investigation and prosecution. Probable cause, intent, universality of practice, motive, longevity and regularity of practice, incentive to perform, sanctions for non-performance or non-compliance, are all present at the corporate level.

Class member reserves the right to further brief the Court at the appropriate time under **Nevada LR 54-16(e)**.

Dated:   August 21st, 2009          Consolidated Class Member & Plaintiff,

                                    MICHAEL R. WEILER

                                    _Michael R Weiler_
                                    Michael R. Weiler

## CERTIFICATE OF MAILING

Caused to be mailed via US First Class or ~~Certified Mail #~~_____, on this the 21st day of August 2009, to the following:

Robert J. Bonsignore, Esq. (547880)
Bonsignore & Brewer
23 Forest Street
Medford, Massachusetts 02155
Telephone: 781.350.0000
email: rbonsignore@class-actions.us

Carolyn Beasley Burton, Esq. (184753)
The Mills Law Firm
880 Las Gallinas Avenue
Suite Two
San Rafael, CA 94903
Telephone: 415.455.1326
email: cbeasley@beasleylawgroup.biz

Glenn W. Neeley, Esq.
Attorney at Law, P.C.
863 25th St.
Ogden, UT 84001
Telephone: 801.612.1511

Kathleen Weron Toth, Esq.
MANNING CURTIS BRADSHAW & BEDNAR LLC
170 S MAIN STE 900
SALT LAKE CITY, UT 84101
(801)363-5678
email: ktoth@mc2b.com

Naomi Beer, Esq.
Brian Duffy, Esq.
1200 17th Street
Suite 2300
Denver, Colorado 80202
303-572-6545
email: beern@gtlaw.com
email: duffyb@gtlaw.com

Attest this the 21st of August 2009.

_____