JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 7612
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   (702) 791-0308

BRIAN L. DUFFY, ESQ.
NAOMI G. BEER, ESQ.
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone:   (303) 572-6500

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL 1735<br>2:06-cv-00225-PMP-PAL<br>(BASE FILE) |
| THIS DOCUMENT RELATES TO:<br>*King, et al. v. Wal-Mart Stores, Inc., et al.*<br>2:07-CV-01486-WY | STIPULATION FOR APPROVAL OF THE ESTABLISHMENT OF THE KING QUALIFIED SETTLEMENT FUND |

Plaintiffs and Defendants, by and through their undersigned counsel in these proceedings, hereby stipulate and agree as follows with respect to the establishment of the King Qualified Settlement Fund (the "King Qualified Settlement Fund" or "Qualified Settlement Fund"). The King Qualified Settlement Fund will be governed by the terms of the King Trust Agreement, a copy of which is attached to this Stipulation as Exhibit 1.

1

DEN 97,033,149v1 9-21-09

1.  In accordance with the King Settlement Agreement executed May 26, 2009 ("King Settlement Agreement", Defendants have agreed to pay to the King Qualified Settlement Fund a settlement amount in full settlement and discharge of all of the claims of respective Settlement Class Members (the "Releasing Class Members") against Defendants that are the subject of the King lawsuit (the "Litigation") and in exchange for a full release of the claims identified more fully in Sections 9.1 through Section 9.3 of the King Settlement Agreement, and for the other rights and obligations set forth in the King Settlement Agreement.

2.  To permit Defendants to be released and for the Litigation to be dismissed with prejudice in accordance with the King Settlement Agreement, Defendants seek this Court's approval to establish the King Qualified Settlement Fund, as required by Treas. Reg. Section 1.468B-1.

3.  Establishment of the King Qualified Settlement Fund will satisfy the requirements of Treasury Regulation Section 1.468B-1(c), 26 C.F.R. § 1.468B-1, by (a) being established pursuant to the approval of this Court, (b) resolving and satisfying claims for alleged breach of contract and violations of statutory and common law against Defendants, and (c) constituting a segregated account, all as required by those regulations.

4.  The King Qualified Settlement Fund will be administered by Rust Consulting, Inc. (hereafter, the "Administrator"). The King Qualified Settlement Fund and its Administrator will remain subject to the continuing jurisdiction of this Court until the Qualified Settlement Fund terminates by its terms.

5.  The King Qualified Settlement Fund will receive the settlement amount from Defendants and hold those sums, and the earnings thereon, if any, until the Administrator has completed all administration and disbursements of such funds, as well as payment of taxes and administrative costs in accordance with the King Settlement Agreement, subject to further approvals of this Court, if required.

6.  Approval by the Court of the establishment of the King Qualified Settlement Fund best serves the interests of the King Plaintiffs and class by assuring that the necessary amounts of the settlement amount are transferred in accordance with the King Settlement Agreement by

Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202
(303) 572-6500
(702) 572-6540 (fax)

Defendants following approval of this Motion and because the Court previously provided preliminary approval of the King Settlement Agreement on June 9, 2009. Approval by the Court of the establishment of the King Qualified Settlement Fund best serves the interests of Defendants by assuring finality to the Litigation against Defendants with respect to Defendants' payment obligations upon payment of the necessary settlement amounts in accordance with King Settlement Agreement.

7. Accordingly, the parties, Counsel for the King Plaintiffs, and Lead Counsel for Defendants and the Plaintiffs in MDL 1735 have agreed to the terms to the King Qualified Settlement Fund Trust Agreement, attached hereto as Exhibit 1, and respectfully request that this Court approve the establishment of the King Qualified Settlement Fund.

Dated this 21st day of September, 2009.

GREENBERG TRAURIG, LLP

/s/ Naomi G. Beer
BRIAN L. DUFFY
NAOMI G. BEER
1200 17th Street, Suite 2400
Denver, Colorado 80202
Lead Counsel for Defendants

BERGER & MONTAGUE, P.C.

/s/ Todd S. Collins
TODD S. COLLINS
1622 Locust Street
Philadelphia, Pennsylvania 19103
Co-Lead Counsel for Plaintiffs
Tele: (215) 875-3040
Fax: (215) 875-4604
Lead Counsel for King Plaintiffs

KELLER ROHRBACK
LYNN L. SARKO
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Co-Lead Counsel for King Plaintiffs

IT IS SO ORDERED

By:_____
PHILIP M. PRO
Chief United States District Judge

DEN 97,033,149v1 9-21-09

## CERTIFICATE OF SERVICE

I, Eleanor Greer, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; I am over the age of 18 years; I am employed by GREENBERG TRAURIG LLP, located at 1200 Seventeenth Street, Suite 2400, Denver, Colorado 80202, whose members are members of the State Bar of Colorado and at least one of whose members is a member of the Bar of each Federal District Court within Colorado; I am not a party to the within action; and that I caused to be served a true and correct copy of the following document in the manner indicated below:

1. **STIPULATION FOR APPROVAL OF THE ESTABLISHMENT OF THE KING QUALIFIED SETTLEMENT FUND**

2. **CERTIFICATE OF SERVICE**

__X__   By Electronic Filing: I served a true copy on this date of each document listed above on all parties registered for electronic filing in this action.

Executed on September 21, 2009 at Denver, Colorado.

/s/ Eleanor Greer
Eleanor Greer
Legal Assistant

DEN 97,033,149v1 9-21-09

4