LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
California Bar No. 207026
**LAW OFFICE OF LISA RASMUSSEN, ESQ.**
616 South 8th Street
Las Vegas, NV 89101
Tel. (702) 471-6565
Fax. (702) 471-6540
Lisa@LRasmussenLaw.com

Attorneys for Jason Hunt, Objector

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>WAL-MART Wage and Hour<br>Employment Practices Litigation<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>　　All Cases. | MDL - 1735<br><br>02:06-cv-225 PMP (PAL)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

　　The undersigned, Lisa A. Rasmussen, of the Law Firm of Lisa Rasmussen, hereby enters her appearance herein for the following party: Jason Hunt, Objector.

　　The undersigned's address, telephone number and email address are as follows:

　　　　Law Office of Lisa Rasmussen
　　　　616 South 8th Street
　　　　Las Vegas, NV 89101
　　　　Tel. (702) 471-6565
　　　　Fax. (702) 471-6540
　　　　Email: LISA@LRASMUSSENLAW.COM

Dated this 24th day of September, 2009.　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**LAW OFFICE OF LISA RASMUSSEN,**

　　　　　　　　　　　　　　　　　　　　　*/s/ Lisa A. Rasmussen*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LISA A. RASMUSSEN, ESQ.
　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 7491

Notice of Appearance of Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Appearance, Objection to Class Settlement and Application for Attorneys' Fees and Expenses and Motion to Intervene has been served upon all parties registered for electronic filing in this action and by mailing a copy of same to counsel below by Certified Mail-RRR, on this the 24th day of September, 2009.

**Co-Lead Class Counsel**
Robert J. Bonsignore, Esq.
BONISGNORE & BREWER
23 Forest Street
Medford, MA 02155

**Co-Lead Class Counsel**
Carolyn Beasley Burton, Esq.
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Ste. Two
San Rafael, CA 94903

**Wal-Mart Class Counsel**
Naomi Beer, Esq.
GREENBERG TRAURIG
1200 17th Street, Ste. 2400
Denver, CO 80202

/s/ Lisa A. Rasmussen
Lisa A. Rasmussen, Esq.

Notice of Appearance of Counsel- 2 -