# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | **MDL 1735**<br><br>**Docket No. 2:06-CV-00225-PMP-PAL**<br>**(BASE FILE)** |
| THIS DOCUMENT RELATES TO KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | |

**CO-LEAD COUNSEL CAROLYN BEASLEY BURTON'S JOINDER IN MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND FOR RECOVERY OF ATTORNEYS' FEES AND EXPENSES INCURRED**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT,** on Monday, October 19, 2009, at 11:00 a.m. or as soon there after as the matter may be heard in Courtroom 7C of the United States District Court for the District of Nevada – Las Vegas, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada, Co-Lead Counsel Carolyn Beasley Burton will and hereby does (1) join in Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation in *King. v. Wal-Mart Stores, et al.*, Case No. 07-1486-WY; (2) request reimbursement of Co Lead Counsel's expenses in the amount of $21,731.25.

This Motion is brought pursuant to Rule 23(f) of the Federal Rules of Civil Procedure on the grounds that entry of Final Judgment pursuant to the terms of the Settlement is appropriate, and Co Lead Counsel has incurred attorneys' fees and expenses for which Co-Lead Counsel should be reimbursed from the common fund created as a result of the Settlement. The requested fees are fair and reasonable in light of Co-Lead Counsel's work and obligations under Pre-Trial Order No. 2, and the requested fees comport with Ninth Circuit law in common fund cases. The expenses for which reimbursement is sought were reasonably and necessarily incurred in connection with the prosecution of the *King* case as part of MDL 1735.

//

//

//

//

//

//

1

**CO-LEAD COUNSEL CAROLYN BEASLEY BURTON'S JOINDER IN MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND FOR RECOVERY OF ATTORNEYS' FEES AND EXPENSES INCURRED**

This Motion is based upon the accompanying declaration of Co-Lead Counsel Carolyn Beasley Burton.

Dated: October 5, 2009                        Respectfully submitted,

/s/ <i>Carolyn Beasley Burton</i><br>
Carolyn Beasley Burton<br>
Robert Mills<br>
THE MILLS LAW FIRM<br>
880 Las Gallinas Avenue, Suite 2<br>
San Rafael, CA 94903

2

**CO-LEAD COUNSEL CAROLYN BEASLEY BURTON'S JOINDER IN MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND FOR RECOVERY OF ATTORNEYS' FEES AND EXPENSES INCURRED**