1
2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

3
4
5
6
7
8
9
10
11

| | |
|---|---|
| IN RE:  WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | **MDL 1735** |
| | **Docket No**. 2:06-CV-00225-PMP-PAL (BASE FILE) |
| THIS DOCUMENT RELATES TO ALL CASES EXCEPT KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | |

12
13
14

**PLAINTIFFS' MOTION TO REQUIRE OBJECTORS GAONA, SWIFT, ANDREWS AND MADDOX AND THEIR ATTORNEYS TO POST APPEAL BONDS, AND SEEKING ANY OTHER APPROPRIATE RELIEF TO PROTECT THE CLASS**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES, TO OBJECTORS GAONA, SWIFT, ANDREWS AND MADDOX, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT,** Co-Lead Class Counsel Carolyn Beasley Burton hereby moves the Court to hold a hearing on a date to be set by the Court to determine the amount of an appeal bond to be posted by Objectors Gaona, Swift, Andrews and Maddox and their attorneys.  This motion will be heard in Courtroom 7C of the United States District Court for the District of Nevada – Las Vegas, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada.  Plaintiffs in the cases that have been consolidated in MDL 1735, with the exception of *King v. Wal-Mart Stores, et al.*, Case No. 07-1486-WY, will and hereby do move this Court to require Objectors Gaona, Swift, Andrews and Maddox and their attorneys to post a bond of $715,000, or $990,000 if the Court allows for attorneys' fees

This Motion is brought pursuant to Fed. R. App. Proc. Rules 7 and 39 on the grounds that: (1) the objections made by Objectors Gaona, Swift, Andrews and Maddox were meritless and were overruled by the Court at the Final Approval Hearing on October 19, 2009; (2) the attorneys representing Objectors Gaona, Swift, Andrews and Maddox are "professional objectors" who have a long record of extorting payment from class counsel by filing frivolous appeals in order to delay the funding of class action settlements; (3) the appeals filed by Objectors Gaona, Swift, Andrews and Maddox are not supported by law or facts and, indeed, are contrary to the applicable law and facts in this case; and (4) the Court's Order of November 2, 2009 states that in the event these Objectors appeal the Final Approval Order, the Court will promptly conduct a hearing to determine the need for each appellant to post a bond under Fed. R. App. Proc. 7.  (Docket No. 491, ¶ 4.)  Accordingly, Plaintiffs request that the Court schedule a hearing date and dates for any response to this Motion by Objectors and any reply by Plaintiffs.

This Motion is based upon the accompanying Memorandum; and the accompanying declarations of the project manager for the Claims Administrator, Rust Consulting, Inc., Amanda J. Myette; and Plaintiffs' Co-Lead Counsel, Carolyn Beasley Burton.


Dated: December 17, 2009                    Respectfully submitted,


/s/ *Carolyn Beasley Burton*
Carolyn Beasley Burton
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903