Robert J. Bonsignore (BBO # 547880)
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
Telephone: (781) 350-0000
Facsimile: (781) 391-9496
Email: rbonsignore@classactions.us
<u>Co-Lead Counsel for Plaintiffs</u>

*Other signatories appear below*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICE LITIGATION | **MDL 1735**<br>2:06-CV-00225-PMP-PAL<br>(BASE FILE) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS EXCEPT KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | |

**PLAINTIFFS' MOTION FOR APPEAL BOND
FOR OBJECTOR JESSICA GAONA**

**TO ALL PARTIES, OBJECTOR JESSICA GAONA AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Co-Lead Counsel Robert Bonsignore together with the undersigned counsels hereby do move and submit this Motion for the Court to hold a hearing on a date to be set by the Court to determine the amount of the appeal bond to be posted by Objector Jessica Gaona and her attorney and/or to act as otherwise deemed reasonable and just. Plaintiffs in this consolidated MDL 1735 case, with the exception of *King v. Wal-Mart Stores, et al.*, Case No. 07-1486-WY[1], hereby move this Court to require Objector Jessica Gaona to post a bond in the amount of $608,342.62. Plaintiffs advance this Motion pursuant to Rule 7 of the Federal Rules of Appellate Procedure, 28 U.S.C. § 1961, Rule 39(e) of the Federal Rules of Appellate Procedure, Rule 39(c) of the Federal Rules of Appellate Procedure and the District Court's inherent power to require posting of an appeal bond for an Order.

In further support of this Motion are the following grounds more fully addressed in the accompanying memorandum: 1) Objector Gaona submitted no financial information to indicate she is financially unable to post a bond despite the opportunity to provide the Court with this information; 2) Objector Gaona is not a resident in a Ninth Circuit state and this factor is recognized as presenting significant difficulties in collecting Appellate Costs if the appeal is dismissed or otherwise unsuccessful; 3) there is no guarantee that Objector Gaona's appeal will not fail ( Plaintiff's believe the appeal to be unsupported and otherwise meritless and in any event not likely to succeed); 4) the structure of the settlement is well accepted; 5) the procedural

---

[1] Counsel for Nancy Hall has not responded to a request to join in this request but at the same time has not indicated that he opposes it.

requirements to make objections as outlined in the Settlement were carefully evaluated by class counsel, class action as well as class administration experts, were scrutinized and considered to be fair and just by the Court, approved in both the Preliminary and Final Approval Orders, and were not so overly burdensome or otherwise so onerous that reversal of the Order on Final Approval is warranted; 6) likewise, class notice was on multiple layers carefully scrutinized to insure that it met all statutory requirements and was Court approved by the Court after careful consideration in both its Preliminary Approval and Final Approval Orders; 7) after extensive review and consideration by this Court, the Settlement was found fair, adequate and reasonable and meets the statutory requirements and was supported by extensive findings that followed the guidelines articulated in the related appellate authority; 8) Objector Gaona failed to file a claim and therefore lacks standing to appeal attorney's fees under well established constitutional law and otherwise fails to set forth any facts in support or reasonable basis to challenge the extensive and specific findings of this Court in making the award.

This Motion is based on the accompanying documents attached hereto:

I.	Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Appeal Bond for Objector Gaona.

Attachments Include:

A.	Declaration of Not Found, Due and Diligent Search by Tim Shultz.

B.	Subpoena to Testify at a Deposition in a Civil Action to Jessica Lynn Gaona.

II.   Declaration of Robert Bonsignore in Support of Plaintiffs' Motion for Appeal Bond for Objector Gaona.

Attachments Include:

A.   1. Dismissal of Appeal dated 10/26/09

   2. Order and Final Judgment Approving Settlement 8/21/09

B.   1. Order of South Carolina Court of Appeals  11/20/09

   2. Notice of Objection to Class Settlement, 5/1/09

C.   1. Online docket of MO Appeal case No. WD71180

   2. Mandate from MO Court of Appeals, 11/12/09

D.   10/5/09 Gaona Deposition Notice

E.   10/6/09 Gaona Deposition Notice

F.   10/19/09 Gaona Deposition Notice

G.   Declaration of Tim Shultz

H.   Subpoena to Jessica Lynn Gaona

I.   Exceptional Reporting Services, Inc. Transcript Invoice

J.   Professional Civil Process Invoice

K.   Litigation Document Production, Inc. estimate

III.   Declaration of John O. Ward, Ph.D.

     IV.     Declaration of Wendy Cole Lascher, Esq.

     V.     Declaration of Amanda J. Myette Relating to Additional Administrative Costs During Appeal.

Plaintiffs respectfully request that this Court hold a hearing on a date to be set by the Court to determine the amount of the appeal bond to be posted by Objector Jessica Gaona and her attorney and/or to otherwise act in a just and reasonable way.

Dated: December 21, 2009               Respectfully submitted:

                                                   By:     s/ Robert J. Bonsignore
                                                              Robert J. Bonsignore (BBO # 547880)
                                                              BONSIGNORE & BREWER
                                                              23 Forest Street
                                                              Medford, MA 02155
                                                              Telephone: (781) 350-0000
                                                              rbonsignore@class-actions.us

| | |
|---|---|
| Daniel D. Ambrose, Esq. | Craig O. Asbill, Esq. |
| Ambrose Law Group | Charles G. Monnett & Associates |
| 1007 East West Maple Road | 200 Queens Road |
| Walled Lake, MI 48390 | Suite 300 |
| (248) 624-5500 | Charlotte, NC 28204 |
| | (704) 376-1911 |
| | |
| Franklin D. Azar, Esq. | Richard Batesky, Esq. |
| Rodney P. Bridgers, Jr., Esq. | Attorney at Law |
| Nathan J. Axvig, Esq. | 22 E. Washington St., Suite 610 |
| Franklin D. Azar & Associates P.C. | Indianapolis, IN 46204 |
| 14426 East Evans Ave. | (800) 822-2039 |
| Aurora, CO 80014 | |
| (303) 757-3300 | |
| | |
| Robin E. Brewer, Esq. | Mark C. Choate, Esq. |
| Nicole Vamosi, Esq. | Choate Law Firm LLC |

| | |
|---|---|
| Kelly Elam, Esq.<br>Rick Kirchner, Esq.<br>Julie Baker, Esq.<br>Bonsignore & Brewer<br>23 Forest Street<br>Medford, MA 02155<br>(781) 350-0000 | 424 N. Franklin Street<br>Juneau, AK 99801<br>(907) 586-4490 |
| Todd S. Collins, Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(800) 424-6690 | Adriana Contartese, Esq.<br>Rafaela Hanley, Esq.<br>Attorney at Law<br>866 East Fifth St.<br>Boston, MA 02127<br>(617) 268-3557 |
| Lanny H. Darr<br>Schrempf, Kelly, Knapp & Darr, Ltd.<br>307 Henry St.<br>Suite 415<br>Alton, IL 62002<br>(618) 465-2311 | Paul C. EchoHawk, Esq.<br>Nathan Long, Esq.<br>EchoHawk Law Offices<br>Paul C. EchoHawk<br>505 Pershing Avenue<br>Pocatello, ID 83205<br>(208) 478-1624 |
| R. Deryl Edwards, Jr., Esq.<br>606 S. Pearl Ave.<br>Joplin, MO 64801<br>(417) 624-1962 | Ivy L. Frignoca, Esq.<br>Lambert Coffin Haenn<br>477 Congress St, 14th Fl<br>Portland, ME 04112<br>(207) 874-4000 |
| Courtney French, Esq.<br>Fuston, Petway & French, LLP<br>3500 Colonnade Parkway<br>Suite 300<br>Birmingham, AL 35243<br>(205) 977-9798 | Troy N. Giatras, Esq.<br>The Giatras Law Firm, PLLC<br>118 Capitol Street<br>Suite 800<br>Charleston, WV 25301<br>(304) 343-2900 |
| Christopher R. Gilreath, Esq.<br>Gilreath & Associates<br>550 Main Street<br>Suite 600<br>Knoxville, TN 37902<br>(865) 637-2442 | Vincent J. Glorioso, III, Esq.<br>The Glorioso Law Firm<br>815 Baronne Street<br>New Orleans, LA 70113<br>(504) 569-9999 |
| Donald S. Goldbloom, Esq.<br>12590 National Pike | Gregory F. Greiner, Esq.<br>Greiner Law Office |

*Plaintiffs' Motion for Appeal Bond for Objector Jessica Gaona*

| | |
|---|---|
| Grantsville, MD 21536<br>(301) 895-5240 | 630 G Ave.<br>Grundy Center, IA 50638<br>(319) 824-6951 |
| J. Thomas Henretta, Esq.<br>Law Offices of J. Thomas Henretta<br>400 Key Building<br>159 South Main Street<br>Akron, OH 44308<br>(330) 376-7801 | Thomas H. Johnson, Esq.<br>Thomas H. Johnson Law Office<br>410 Hickory St.<br>Texarkana, AR 71854<br>(870) 773-6359 |
| Christopher Meeks, Esq.<br>Lynch, Meeks & Battitori<br>1031 Military Avenue<br>Baxter Springs, KS<br>(620) 856-2771 | Mike Miller, Esq.<br>Stacey E. Tjon, Esq.<br>Solberg, Stewart, Miller & Tjon<br>1129 Fifth Avenue South<br>Fargo, ND 58103<br>(701) 237-3166 |
| Pamela Mullis, Esq.<br>The Mullis Law Firm<br>1229 Elmwood Ave<br>Columbia, SC 29201<br>(803) 799-9577 | Glen W. Neeley, Esq.<br>Attorney at Law, P.C.<br>863 25th St.<br>Ogden, UT 84001<br>(801) 612-1511 |
| Gary S. Nitsche, Esq.<br>Weik, Nitsche, Dougherty<br>1300 N. Grant Ave, Suite 101<br>Wilmington, DE 19899<br>(302) 655-4040 | D. Michael Noonan, Esq.<br>Shaheen & Gordon, P.A.<br>140 Washington Street<br>P.O. Box 977<br>Dover, NH 03821<br>(603) 749-5000 |
| Raymond A. Pacia, Esq.<br>Attorney At Law, LTD<br>50 Power Road<br>Pawtucket, RI 02860<br>(401) 727-2242 | Jeffrey M. Padwa, Esq.<br>Padwa Law<br>303 Jefferson Blvd.<br>Warwick, RI 02888<br>(401) 921-4800 |
| Arthur Y. Park, Esq.<br>Laurent J. Remillard, Jr., Esq.<br>John C. McLaren, Esq.<br>Park Park & Remillard<br>707 Richards Street<br>Suite 500<br>Honolulu, HI 96813<br>(808) 536-3905 | Wayne D. Parsons, Esq.<br>Wayne D. Parsons Law Offices<br>Dillingham Business Center<br>Suite 201C<br>1406 Colburn Street<br>Honolulu, HI 96817<br>(808) 845-2211 |

| | |
|---|---|
| John Rausch, Esq.<br>P.O. Box 905<br>Waterloo, IA 50704<br>(319) 233-3557 | Dan Rausher, Esq.<br>Attorney at Law<br>26 Court Street<br>Suite 1604<br>Brooklyn, New York 11242<br>(718) 596-7333 |
| Thomas R. Ricci, Esq.<br>Law Office of Thomas R. Ricci<br>303 Jefferson Blvd.<br>Warwick, RI 02888<br>(401) 921-4800 | Dirk A. Ravenholt, Esq.<br>Ravenholt & Associates<br>2013 Alta Drive<br>Las Vegas, NV 89106 |
| Fred Schultz, Esq.<br>Greene & Schultz<br>Showers Plaza<br>320 W. 8th Street<br>Suite 100<br>Bloomington, IN 47404<br>(812) 336-4357 | Cynthia K. Smith, Esq.<br>Jasper Smith Olson, P.C.<br>202 W. Spruce St.<br>P.O. Box 7785<br>Missoula, MT 59807<br>(406) 541-7177 |
| Stephen M. Smith, Esq.<br>Joseph Smith Ltd.<br>2100 Kecoughtan Road<br>Hampton, VA 23661-0437<br>(757) 244- 7000 | Laurence W. Stinson, Esq.<br>Bradley D. Bonner, Esq.<br>Bonner Stinson, P.C.<br>P.O. Box 799<br>128 East Second Street<br>Powell, WY 82435<br>(307) 754-4950 |
| Mark Tate, Esq.<br>Tate Law Group, LLC<br>2 East Bryan Street<br>Suite 600<br>Savannah, GA 31401<br>(912) 234-3030 | Jill P. Telfer, Esq.<br>Law Offices of Jill P. Telfer<br>331 J. Street, Ste. 200<br>Sacramento, CA 95814<br>(916) 446-1916 |
| Matthew Tobin, Esq.<br>201 S. Phillips Avenue<br>Suite 200<br>Sioux Falls, SD 57104<br>605-366-9715 | Jay A. Urban, Esq.<br>Urban & Taylor S.C.<br>4701 North Port Washington Road<br>Milwaukee, WI 53212<br>(414) 906-1700 |
| Ernest Warren, Jr., Esq.<br>Walker Warren & Watkins<br>838 SW First Avenue<br>Suite 500 | Christopher P. Welsh, Esq.<br>James R. Welsh, Esq.<br>Welsh & Welsh, P.C. L.L.O.<br>9290 West Dodge Road |

8

*Plaintiffs' Motion for Appeal Bond for Objector Jessica Gaona*

1 | Portland, OR 97204
2 | (503) 228-6655

100 The Mark
Omaha, Nebraska, 68114
(402) 384-8160

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2009, a copy of the foregoing *Plaintiffs' Motion for Appeal Bond for Objector Jessica Gaona* was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Robert J. Bonsignore
Robert J. Bonsignore