Robert J. Bonsignore (BBO # 547880)
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
Telephone: (781) 350-0000
Facsimile: (781) 391-9496
Email: rbonsignore@classactions.us
Co-Lead Counsel for Plaintiffs

Other signatories appear below

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICE LITIGATION | **MDL 1735**<br>2:06-CV-00225-PMP-PAL<br>(BASE FILE) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS EXCEPT KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | |

**PLAINTIFFS' MOTION FOR APPEAL BOND
FOR OBJECTOR DEBORAH A. MADDOX**

---

1

*Plaintiffs' Motion For Appeal Bond For Objector Deborah A. Maddox*

**TO ALL PARTIES, OBJECTOR JESSICA GAONA AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Co-Lead Counsel Robert Bonsignore together with the undersigned counsels hereby do move and submit this Motion for the Court to hold a hearing on a date to be set by the Court to determine the amount of the appeal bond to be posted by Objector Deborah A. Maddox and her attorneys and/or to act as otherwise deemed reasonable and just. Plaintiffs in this consolidated MDL 1735 case, with the exception of *King v. Wal-Mart Stores, et al.*, Case No. 07-1486-WY[1], hereby move this Court to require Objector Deborah A. Maddox to post a bond in the amount of $610,988.03. Plaintiffs advance this Motion pursuant to Rule 7 of the Federal Rules of Appellate Procedure, 28 U.S.C. § 1961, Rule 39(e) of the Federal Rules of Appellate Procedure, Rule 39(c) of the Federal Rules of Appellate Procedure and the District Court's inherent power to require posting of an appeal bond for an Order.

In further support of this Motion are the following grounds more fully addressed in the accompanying memorandum: 1) Objector Maddox submitted no financial information to indicate she is financially unable to post a bond despite the opportunity to provide the Court with this information; 2) Objector Maddox is not a resident in a Ninth Circuit state and this factor is recognized as presenting significant difficulties in collecting Appellate Costs if the appeal is dismissed or otherwise unsuccessful; 3) Objector Maddox's appeal is likely to fail (Plaintiff's believe the appeal to be unsupported and otherwise meritless and in any event not likely to succeed); 4) the structure of the settlement is well accepted; 5) the fee award was found fair and appropriate under Ninth Circuit Law; 6) Class Counsel fees are not disproportionate to the benefit that is delivered to class members and after extensive review and consideration by this

Court, the Settlement was found fair, reasonable and adequate; 7) the Settlement followed mandatory statutory procedure; 8) expert opinions support using the Settlement ceiling, not the floor, as an appropriate figure to base fees on; 9) payment to class representatives and dismissing named Plaintiffs was not excessive; 10) all Settlement provisions have been reviewed thoroughly by the Court and both Preliminarily and Finally Approved, including the Approval Process for Attorney's Fees; and 11) Defendant Wal-Mart did not Retain a Reversionary Interest in the Settlement.

This Motion is based on the accompanying documents attached hereto:

I. Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Appeal Bond for Objector Deborah A. Maddox.

Attachments Include:

A. Deborah A. Maddox Deposition, October 12, 2009.

B. *Petty v. Wal-Mart Stores, Inc*., 148 Ohio App. 3d 348 (2002).

C. Weiss, Deborah Cassens, "Is this 'Professional Objector' a Safety Check or Frivolous Flyer?" *ABA Journal,* January 5, 2008

D. Meiser, Rebecca, "Edward Siegel is on a quest to either stop exorbitant lawyer payouts or score some easy money," *Cleveland Scene*, January 4, 2008.

E. Professional Objector Edward Siegel's Class Action Motion for Award of Fees, United States District Court District of Minnesota, August 25, 2009.

II. Declaration of Robert Bonsignore in Support of Plaintiffs' Motion for Appeal Bond for Objector Deborah A. Maddox.

Attachments Include:

A. Docket no. 447-1, Notice to Take Deposition of Deborah A. Maddox, October 6, 2009.

B. Ohio Order Granting Complaint for Discovery, October 9, 2009.

---

[1] Counsel for Nancy Hall has not responded to a request to join in this request but at the same time has not indicated that he opposes it.

        C.      Exceptional Reporting Services, Inc. Transcript Invoice.

        D.      Cady Reporting Services, Inc. Invoice.

        E.      Travel Expenses of Robert Bonsignore.

        F.      Litigation Document Production, Inc. estimate.

III.    Declaration of John O. Ward, Ph.D.

        Attachment A: Curriculum Vitae of John O. Ward, Ph.D

IV.    Declaration of Wendy Cole Lascher, Esq.

        Attachment A: Curriculum Vitae of Wendy Cole Lascher, Esq.

        Attachment B: 2008 Ninth Circuit Annual Report

V.    Declaration of Amanda J. Myette Relating to Additional Administrative Costs During Appeal.

Plaintiffs respectfully request that this Court set a hold a hearing on a date to be set by the Court to determine the amount of the appeal bond to be posted by Objector Deborah A. Maddox and her attorneys and/or to otherwise act in a just and reasonable way.

Dated: December 29, 2009                  s/ Robert J. Bonsignore
                                                      Robert J. Bonsignore (BBO # 547880)
                                                        BONSIGNORE & BREWER
                                                        23 Forest Street
                                                        Medford, MA 02155
                                                        Telephone: (781) 350-0000
                                                        rbonsignore@classactions.us

| | |
|---|---|
| Daniel D. Ambrose, Esq.<br>Ambrose Law Group<br>1007 East West Maple Road<br>Walled Lake, MI 48390<br>(248) 624-5500 | Craig O. Asbill, Esq.<br>Charles G. Monnett & Associates<br>200 Queens Road<br>Suite 300<br>Charlotte, NC 28204<br>(704) 376-1911 |
| Franklin D. Azar, Esq.<br>Rodney P. Bridgers, Jr., Esq.<br>Nathan J. Axvig, Esq.<br>Franklin D. Azar & Associates P.C.<br>14426 East Evans Ave.<br>Aurora, CO 80014 | Richard Batesky, Esq.<br>Attorney at Law<br>22 E. Washington St., Suite 610<br>Indianapolis, IN 46204<br>(800) 822-2039 |

4

*Plaintiffs' Motion For Appeal Bond For Objector Deborah A. Maddox*

(303) 757-3300

Robin E. Brewer, Esq.
Nicole Vamosi, Esq.
Kelly Elam, Esq.
Rick Kirchner, Esq.
Julie Baker, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155
(781) 350-0000

Mark C. Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
(907) 586-4490

Todd S. Collins, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(800) 424-6690

Adriana Contartese, Esq.
Rafaela Hanley, Esq.
Attorney at Law
866 East Fifth St.
Boston, MA 02127
(617) 268-3557

Lanny H. Darr
Schrempf, Kelly, Knapp & Darr, Ltd.
307 Henry St.
Suite 415
Alton, IL 62002
(618) 465-2311

Paul C. EchoHawk, Esq.
Nathan Long, Esq.
EchoHawk Law Offices
Paul C. EchoHawk
505 Pershing Avenue
Pocatello, ID 83205
(208) 478-1624

R. Deryl Edwards, Jr., Esq.
606 S. Pearl Ave.
Joplin, MO 64801
(417) 624-1962

Ivy L. Frignoca, Esq.
Lambert Coffin Haenn
477 Congress St, 14th Fl
Portland, ME 04112
(207) 874-4000

Courtney French, Esq.
Fuston, Petway & French, LLP
3500 Colonnade Parkway
Suite 300
Birmingham, AL 35243
(205) 977-9798

Troy N. Giatras, Esq.
The Giatras Law Firm, PLLC
118 Capitol Street
Suite 800
Charleston, WV 25301
(304) 343-2900

Christopher R. Gilreath, Esq.
Gilreath & Associates
550 Main Street
Suite 600

Vincent J. Glorioso, III, Esq.
The Glorioso Law Firm
815 Baronne Street
New Orleans, LA 70113

| | |
|---|---|
| Knoxville, TN 37902<br>(865) 637-2442 | (504) 569-9999 |
| Donald S. Goldbloom, Esq.<br>12590 National Pike<br>Grantsville, MD 21536<br>(301) 895-5240 | Gregory F. Greiner, Esq.<br>Greiner Law Office<br>630 G Ave.<br>Grundy Center, IA 50638<br>(319) 824-6951 |
| J. Thomas Henretta, Esq.<br>Law Offices of J. Thomas Henretta<br>400 Key Building<br>159 South Main Street<br>Akron, OH 44308<br>(330) 376-7801 | Thomas H. Johnson, Esq.<br>Thomas H. Johnson Law Office<br>410 Hickory St.<br>Texarkana, AR 71854<br>(870) 773-6359 |
| Christopher Meeks, Esq.<br>Lynch, Meeks & Battitori<br>1031 Military Avenue<br>Baxter Springs, KS<br>(620) 856-2771 | Mike Miller, Esq.<br>Stacey E. Tjon, Esq.<br>Solberg, Stewart, Miller & Tjon<br>1129 Fifth Avenue South<br>Fargo, ND 58103<br>(701) 237-3166 |
| Pamela Mullis, Esq.<br>The Mullis Law Firm<br>1229 Elmwood Ave<br>Columbia, SC 29201<br>(803) 799-9577 | Glen W. Neeley, Esq.<br>Attorney at Law, P.C.<br>863 25th St.<br>Ogden, UT 84001<br>(801) 612-1511 |
| Gary S. Nitsche, Esq.<br>Weik, Nitsche, Dougherty<br>1300 N. Grant Ave, Suite 101<br>Wilmington, DE 19899<br>(302) 655-4040 | D. Michael Noonan, Esq.<br>Shaheen & Gordon, P.A.<br>140 Washington Street<br>P.O. Box 977<br>Dover, NH 03821<br>(603) 749-5000 |
| Raymond A. Pacia, Esq.<br>Attorney At Law, LTD<br>50 Power Road<br>Pawtucket, RI 02860<br>(401) 727-2242 | Jeffrey M. Padwa, Esq.<br>Padwa Law<br>303 Jefferson Blvd.<br>Warwick, RI 02888<br>(401) 921-4800 |
| Arthur Y. Park, Esq.<br>Laurent J. Remillard, Jr., Esq.<br>John C. McLaren, Esq. | Wayne D. Parsons, Esq.<br>Wayne D. Parsons Law Offices<br>Dillingham Business Center |

Park Park & Remillard  
707 Richards Street  
Suite 500  
Honolulu, HI 96813  
(808) 536-3905  

John Rausch, Esq.  
P.O. Box 905  
Waterloo, IA 50704  
(319) 233-3557  

Thomas R. Ricci, Esq.  
Law Office of Thomas R. Ricci  
303 Jefferson Blvd.  
Warwick, RI 02888  
(401) 921-4800  

Fred Schultz, Esq.  
Greene & Schultz  
Showers Plaza  
320 W. 8th Street  
Suite 100  
Bloomington, IN 47404  
(812) 336-4357  

Stephen M. Smith, Esq.  
Joseph Smith Ltd.  
2100 Kecoughtan Road  
Hampton, VA 23661-0437  
(757) 244- 7000  

Mark Tate, Esq.  
Tate Law Group, LLC  
2 East Bryan Street  
Suite 600  
Savannah, GA 31401  
(912) 234-3030  

Matthew Tobin, Esq.  
201 S. Phillips Avenue  
Suite 200  
Sioux Falls, SD 57104  

Suite 201C  
1406 Colburn Street  
Honolulu, HI 96817  
(808) 845-2211  

Dan Rausher, Esq.  
Attorney at Law  
26 Court Street  
Suite 1604  
Brooklyn, New York 11242  
(718) 596-7333  

Dirk A. Ravenholt, Esq.  
Ravenholt & Associates  
2013 Alta Drive  
Las Vegas, NV 89106  

Cynthia K. Smith, Esq.  
Jasper Smith Olson, P.C.  
202 W. Spruce St.  
P.O. Box 7785  
Missoula, MT 59807  
(406) 541-7177  

Laurence W. Stinson, Esq.  
Bradley D. Bonner, Esq.  
Bonner Stinson, P.C.  
P.O. Box 799  
128 East Second Street  
Powell, WY 82435  
(307) 754-4950  

Jill P. Telfer, Esq.  
Law Offices of Jill P. Telfer  
331 J. Street, Ste. 200  
Sacramento, CA 95814  
(916) 446-1916  

Jay A. Urban, Esq.  
Urban & Taylor S.C.  
4701 North Port Washington Road  
Milwaukee, WI 53212  

7  
*Plaintiffs' Motion For Appeal Bond For Objector Deborah A. Maddox*

| | |
|---|---|
| 605-366-9715 | (414) 906-1700 |
| | |
| Ernest Warren, Jr., Esq. | Christopher P. Welsh, Esq. |
| Walker Warren & Watkins | James R. Welsh, Esq. |
| 838 SW First Avenue | Welsh & Welsh, P.C. L.L.O. |
| Suite 500 | 9290 West Dodge Road |
| Portland, OR 97204 | 100 The Mark |
| (503) 228-6655 | Omaha, Nebraska, 68114 |
| | (402) 384-8160 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2009, a copy of the foregoing *Plaintiffs' Motion for Appeal Bond for Objector Deborah A. Maddox* was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

                                              /s/ Robert J. Bonsignore
                                              Robert J. Bonsignore