Robert J. Bonsignore (BBO # 547880)
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
Telephone: (781) 350-0000
Facsimile: (781) 391-9496
Email: rbonsignore@classactions.us
<u>Co-Lead Counsel for Plaintiffs</u>

*Other signatories appear below*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICE LITIGATION | **MDL 1735** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS EXCEPT KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | 2:06-CV-00225-PMP-PAL (BASE FILE) |

**PLAINTIFFS' MOTION FOR APPEAL BOND
FOR OBJECTOR STEPHANIE SWIFT**

**TO ALL PARTIES, OBJECTOR STEPHANIE SWIFT AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Co-Lead Counsel Robert Bonsignore together with the undersigned counsels hereby do move and submit this Motion for the Court to hold a hearing on a date to be set by the Court to determine the amount of the appeal bond to be posted by Objector Stephanie Swift and her attorney and/or to act as otherwise deemed reasonable and just. Plaintiffs in this consolidated MDL 1735 case, with the exception of *King v. Wal-Mart Stores, et al.*, Case No. 07-1486-WY[1], hereby move this Court to require Objector Stephanie Swift to post a bond in the amount of $2,285,857.15. Plaintiffs advance this Motion pursuant to Rule 7 of the Federal Rules of Appellate Procedure, 28 U.S.C. § 1961, Rule 39(e) of the Federal Rules of Appellate Procedure, Rule 39(c) of the Federal Rules of Appellate Procedure and the District Court's inherent power to require posting of an appeal bond for an Order.

In further support of this Motion are the following grounds more fully addressed in the accompanying memorandum: 1) Objector Swift submitted no financial information to indicate she is financially unable to post a bond despite the opportunity to provide the Court with this information; 2) Objector Swift is not a resident in a Ninth Circuit state and this factor is recognized as presenting significant difficulties in collecting Appellate Costs if the appeal is dismissed or otherwise unsuccessful; 3) Objector Swift's appeal is likely to fail (Plaintiff's believe the appeal to be unsupported and otherwise meritless and in any event not likely to succeed); 4) after extensive review and consideration by this Court, the Settlement was found fair, reasonable and adequate and was both Preliminary and Finally approved; 5) the fee award

---

[1] Counsel for Nancy Hall has not responded to a request to join in this request but at the same time has not indicated that he opposes it.

was found fair and appropriate under the Ninth Circuit law and expert opinions support using the Settlement ceiling, not the floor, as an appropriate figure to base fees on.

This Motion is based on the accompanying documents attached hereto:

I. Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Appeal Bond for Objector Stephanie Swift.

Attachments Include:

A. Affidavit of Amanda J. Myette Relating to Cost of Additional Class Notice Relating to the Appeal.

B. Stephanie Swift Claim Form.

C. Stephanie Swift Objection.

D. *Petty v. Wal-Mart Stores, Inc*., 148 Ohio App. 3d 348 (2002).

E. Ohio Order Granting Complaint for Discovery, October 9, 2009.

F. Deposition of Process Server Clint Massengale.

G. Subpoena of Stephanie Swift and Return of Process Server.

H. Request of Legal Address Needed for Service of Legal Process to the United States Post Office.

II. Declaration of Robert Bonsignore in Support of Plaintiffs' Motion for Appeal Bond for Objector Stephanie Swift.

Attachments Include:

A. John Pentz Chart of Objections.

B. Docket no. 447-2, Notice to Take Deposition of Stephanie Swift, October 6, 2009.

C. Exceptional Reporting Services, Inc. Transcript Invoice.

D. Cady Reporting Services, Inc. Invoice no. 972165.

E. Cady Reporting Services, Inc. Invoice no. 972164.

F. Receipt for Process Server Payment.

      G.      Litigation Document Production, Inc. Estimate.

III.      Declaration of John O. Ward, Ph.D.

      Attachment A: Curriculum Vitae of John O. Ward, Ph.D

IV.      Declaration of Wendy Cole Lascher, Esq.

      Attachment A: Curriculum Vitae of Wendy Cole Lascher, Esq.

      Attachment B: 2008 Ninth Circuit Annual Report

V.      Declaration of Amanda J. Myette Relating to Additional Administrative Costs During Appeal.

Plaintiffs respectfully request that this Court set a hold a hearing on a date to be set by the Court to determine the amount of the appeal bond to be posted by Objector Stephanie Swift and her attorneys and/or to otherwise act in a just and reasonable way.

Dated: January 14, 2010                s/ Robert J. Bonsignore
                                                  Robert J. Bonsignore (BBO # 547880)
                                                  BONSIGNORE & BREWER
                                                  23 Forest Street
                                                  Medford, MA 02155
                                                  Telephone: (781) 350-0000
                                                  rbonsignore@classactions.us

| | |
|---|---|
| Daniel D. Ambrose, Esq.<br>Ambrose Law Group<br>1007 East West Maple Road<br>Walled Lake, MI 48390<br>(248) 624-5500 | Craig O. Asbill, Esq.<br>Charles G. Monnett & Associates<br>200 Queens Road<br>Suite 300<br>Charlotte, NC 28204<br>(704) 376-1911 |
| Franklin D. Azar, Esq.<br>Rodney P. Bridgers, Jr., Esq.<br>Nathan J. Axvig, Esq.<br>Franklin D. Azar & Associates P.C.<br>14426 East Evans Ave.<br>Aurora, CO 80014<br>(303) 757-3300 | Richard Batesky, Esq.<br>Attorney at Law<br>22 E. Washington St., Suite 610<br>Indianapolis, IN 46204<br>(800) 822-2039 |
| Robin E. Brewer, Esq.<br>Nicole Vamosi, Esq.<br>Kelly Elam, Esq. | Mark C. Choate, Esq.<br>Choate Law Firm LLC<br>424 N. Franklin Street |

| | |
|---|---|
| Rick Kirchner, Esq.<br>Julie Baker, Esq.<br>Bonsignore & Brewer<br>23 Forest Street<br>Medford, MA 02155<br>(781) 350-0000 | Juneau, AK 99801<br>(907) 586-4490 |
| Todd S. Collins, Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(800) 424-6690 | Adriana Contartese, Esq.<br>Rafaela Hanley, Esq.<br>Attorney at Law<br>866 East Fifth St.<br>Boston, MA 02127<br>(617) 268-3557 |
| Lanny H. Darr<br>Schrempf, Kelly, Knapp & Darr, Ltd.<br>307 Henry St.<br>Suite 415<br>Alton, IL 62002<br>(618) 465-2311 | Paul C. EchoHawk, Esq.<br>Nathan Long, Esq.<br>EchoHawk Law Offices<br>Paul C. EchoHawk<br>505 Pershing Avenue<br>Pocatello, ID 83205<br>(208) 478-1624 |
| R. Deryl Edwards, Jr., Esq.<br>606 S. Pearl Ave.<br>Joplin, MO 64801<br>(417) 624-1962 | Ivy L. Frignoca, Esq.<br>Lambert Coffin Haenn<br>477 Congress St, 14th Fl<br>Portland, ME 04112<br>(207) 874-4000 |
| Courtney French, Esq.<br>Fuston, Petway & French, LLP<br>3500 Colonnade Parkway<br>Suite 300<br>Birmingham, AL 35243<br>(205) 977-9798 | Troy N. Giatras, Esq.<br>The Giatras Law Firm, PLLC<br>118 Capitol Street<br>Suite 800<br>Charleston, WV 25301<br>(304) 343-2900 |
| Christopher R. Gilreath, Esq.<br>Gilreath & Associates<br>550 Main Street<br>Suite 600<br>Knoxville, TN 37902<br>(865) 637-2442 | Vincent J. Glorioso, III, Esq.<br>The Glorioso Law Firm<br>815 Baronne Street<br>New Orleans, LA 70113<br>(504) 569-9999 |
| Donald S. Goldbloom, Esq.<br>12590 National Pike<br>Grantsville, MD 21536 | Gregory F. Greiner, Esq.<br>Greiner Law Office<br>630 G Ave. |

| | |
|---|---|
| (301) 895-5240 | Grundy Center, IA 50638 |
| | (319) 824-6951 |
| J. Thomas Henretta, Esq. | Thomas H. Johnson, Esq. |
| Law Offices of J. Thomas Henretta | Thomas H. Johnson Law Office |
| 400 Key Building | 410 Hickory St. |
| 159 South Main Street | Texarkana, AR 71854 |
| Akron, OH 44308 | (870) 773-6359 |
| (330) 376-7801 | |
| | |
| Christopher Meeks, Esq. | Mike Miller, Esq. |
| Lynch, Meeks & Battitori | Stacey E. Tjon, Esq. |
| 1031 Military Avenue | Solberg, Stewart, Miller & Tjon |
| Baxter Springs, KS | 1129 Fifth Avenue South |
| (620) 856-2771 | Fargo, ND 58103 |
| | (701) 237-3166 |
| Pamela Mullis, Esq. | Glen W. Neeley, Esq. |
| The Mullis Law Firm | Attorney at Law, P.C. |
| 1229 Elmwood Ave | 863 25th St. |
| Columbia, SC 29201 | Ogden, UT 84001 |
| (803) 799-9577 | (801) 612-1511 |
| Gary S. Nitsche, Esq. | D. Michael Noonan, Esq. |
| Weik, Nitsche, Dougherty | Shaheen & Gordon, P.A. |
| 1300 N. Grant Ave, Suite 101 | 140 Washington Street |
| Wilmington, DE 19899 | P.O. Box 977 |
| (302) 655-4040 | Dover, NH 03821 |
| | (603) 749-5000 |
| Raymond A. Pacia, Esq. | Jeffrey M. Padwa, Esq. |
| Attorney At Law, LTD | Padwa Law |
| 50 Power Road | 303 Jefferson Blvd. |
| Pawtucket, RI 02860 | Warwick, RI 02888 |
| (401) 727-2242 | (401) 921-4800 |
| Arthur Y. Park, Esq. | Wayne D. Parsons, Esq. |
| Laurent J. Remillard, Jr., Esq. | Wayne D. Parsons Law Offices |
| John C. McLaren, Esq. | Dillingham Business Center |
| Park Park & Remillard | Suite 201C |
| 707 Richards Street | 1406 Colburn Street |
| Suite 500 | Honolulu, HI 96817 |
| Honolulu, HI 96813 | (808) 845-2211 |
| (808) 536-3905 | |
| John Rausch, Esq. | Dan Rausher, Esq. |

6

*Plaintiffs' Motion for Appeal Bond for Objector Stephanie Swift*

| | |
|---|---|
| P.O. Box 905<br>Waterloo, IA 50704<br>(319) 233-3557 | Attorney at Law<br>26 Court Street<br>Suite 1604<br>Brooklyn, New York 11242<br>(718) 596-7333 |
| Thomas R. Ricci, Esq.<br>Law Office of Thomas R. Ricci<br>303 Jefferson Blvd.<br>Warwick, RI 02888<br>(401) 921-4800 | Fred Schultz, Esq.<br>Greene & Schultz<br>Showers Plaza<br>320 W. 8th Street<br>Suite 100<br>Bloomington, IN 47404<br>(812) 336-4357 |
| Cynthia K. Smith, Esq.<br>Jasper Smith Olson, P.C.<br>202 W. Spruce St.<br>P.O. Box 7785<br>Missoula, MT 59807<br>(406) 541-7177 | Stephen M. Smith, Esq.<br>Joseph Smith Ltd.<br>2100 Kecoughtan Road<br>Hampton, VA 23661-0437<br>(757) 244- 7000 |
| Laurence W. Stinson, Esq.<br>Bradley D. Bonner, Esq.<br>Bonner Stinson, P.C.<br>P.O. Box 799<br>128 East Second Street<br>Powell, WY 82435<br>(307) 754-4950 | Mark Tate, Esq.<br>Tate Law Group, LLC<br>2 East Bryan Street<br>Suite 600<br>Savannah, GA 31401<br>(912) 234-3030 |
| Jill P. Telfer, Esq.<br>Law Offices of Jill P. Telfer<br>331 J. Street, Ste. 200<br>Sacramento, CA 95814<br>(916) 446-1916 | Matthew Tobin, Esq.<br>201 S. Phillips Avenue<br>Suite 200<br>Sioux Falls, SD 57104<br>605-366-9715 |
| Jay A. Urban, Esq.<br>Urban & Taylor S.C.<br>4701 North Port Washington Road<br>Milwaukee, WI 53212<br>(414) 906-1700 | Ernest Warren, Jr., Esq.<br>Walker Warren & Watkins<br>838 SW First Avenue<br>Suite 500<br>Portland, OR 97204<br>(503) 228-6655 |
| Christopher P. Welsh, Esq.<br>James R. Welsh, Esq. | |

7

*Plaintiffs' Motion for Appeal Bond for Objector Stephanie Swift*

Welsh & Welsh, P.C. L.L.O.
9290 West Dodge Road
100 The Mark
Omaha, Nebraska, 68114
(402) 384-8160

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2010, a copy of the foregoing *Plaintiffs' Motion for Appeal Bond for Objector Stephanie Swift* was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Robert J. Bonsignore
Robert J. Bonsignore