# ATTACHMENT A

# VITA
# John O. Ward, Ph.D.
### December 15, 2008

**Consulting Address**
John Ward Economics
8340 Mission Rd., Ste. 235
Prairie Village, Kansas 66206
Tel:   (913) 381-9420
Fax:   (913) 648-5740
Cell:  (913) 284-6003
E-mail:wardjo@umkc.edu
www.johnwardeconomics.com

**University Address**
University of Missouri-Kansas City
Department of Economics – 211 Haag Hall
5100 Rockhill Rd
Kansas City, Missouri 64110

**Home Address**
3904 West 121st Terrace
Leawood, Kansas 66209
Tel:   (913) 338-4544
Fax:   (913) 338-4884

## Education

| | |
|---|---|
| 1979 | Institute for Educational Management, Harvard University |
| 1967-71 | University of Oklahoma, Ph.D., Economics |
| 1966-67 | University of Toledo, MA, Economics |
| 1960-65 | University of Toledo, BA, Economics |

## Academic Positions

| | |
|---|---|
| 2007-2008 | Editor, *Journal of Legal Economics* |
| 2004-Present | Editor Emeritus, *Journal of Forensic Economics* |
| 2003-Present | Professor Emeritus, Department of Economics, UMKC |
| 1995-Present | Advisory Board, *Forensic Economic Abstracts* |
| 1992-2003 | Chair and Professor, Department of Economics, University of Missouri-Kansas City |
| 1986-2003 | Editor and co-editor *Journal of Forensic Economics* |
| 1986-1987 | Acting Chair, Department of Communications Studies, UMKC |
| 1978-1985 | Associate Dean, College of Arts and Sciences, UMKC |
| 1976-1978 | Chair, Department of Economics, UMKC |
| 1975-1976 | Visiting Professor, University of Ceara, Brazil |
| 1969-2003 | Assistant Professor, Associate Professor and Professor of Economics, UMKC |

VITA – JOHN O. WARD, PH.D.

## Current Professional Position

1976-Present  President, John O. Ward and Associates, Inc., d/b/a John Ward Economics, An economic consulting firm providing comprehensive analysis in anti-trust, commercial, employment, personal injury, and death litigation.

## Other Positions

| | |
|---|---|
| 2007-2008 | Board Member, American Association of Economic and Financial Experts |
| 2006-Present | Contributing Editor, Law and Economics Section –Law Professors Network |
| 2003-2004 | Board of Governors, Society of Litigation Economists |
| 1999-2003 | Faculty Athletic Representative to the NCAA, UMKC |
| 1993-2003 | Chair, Intercollegiate Athletic Committee, UMKC |
| 1989-2004 | Ex Officio Board Member, National Association of Forensic Economics |
| 2003-2004 | Member, Delphi Panel on Disability, Bureau of Labor Statistics |
| 2000-2003 | Advisor – Kansas City Epilepsy Association |
| 1997-1998 | Co-Chair, Academic Planning Committee, Mayors' Summit on NAFTA |
| 1997-1998 | Co-Chair, NAFTA Education Committee for Mayor Cleaver's Office |
| 1990-1991 | Member & Subcommittee Chair, Missouri Legislative State Commission on Global Warming |
| 1987-1988 | Member, Missouri Legislative & Executive Task Force on the Liability Insurance Industry & Tort Reform |
| 1986-1988 | President, National Association of Forensic Economics |

## Other Past University Positions

| | |
|---|---|
| 2001 | Chair, Search Committee Campus Chief of Police |
| 1999-2003 | Chair, Arts & Sciences Council of Chairs, UMKC |
| 1999-2001 | Member, University Senate Budget Committee |
| 1998 | Member, Presidential Advisory Committee for Academic Leadership |
| 1999 | Member, Presidential Advisory Committee for Academic Leadership |
| 1998-1999 | Member, University of Missouri Department Leadership Task Force |
| 1998-1999 | Chair, Athletic Director Search Committee |
| 1997-2003 | Chair, Arts & Sciences Curriculum Committee, UMKC |
| 1995-2003 | Member, Promotion and Tenure Committee, UMKC |
| 1994-2002 | Chair, Bernardin Fund Committee |
| 1993-1997 | Member, University Senate (also 1977-1979) |
| 1990-2003 | Ten Dean's Search Committees |
| 1987-1994 | Board Member, UMKC Athletic Corporation |

## Association Participation

National Association of Forensic Economists; American Economic Association; Omicron Delta Epsilon (President, University of Oklahoma Chapter, 1968-1969; Midwest Economic Association; American Association of University Professors; Missouri Valley Economic Association; Western Economic Association; Society of Litigation Economists; American Academy of Economic and Financial Experts.

## Grant Work

Weldon Spring Inter-Campus Grant; Inter-American Association for Higher Education Travel Grant; Department of Commerce; KCRCHE Faculty Development Award; Latin American Teaching Fellowship Award - Visiting Professor, Tufts Univ.; Instituto de Pesquisa Economico e Social - Brazil, Argentina; Ford Foundation; World Bank Research Funds, University of Missouri Faculty Research Grant; University of Oklahoma.

## Awards

Past-President's Service Award, National Association of Forensic Economics, 1995
UMKC Athletic Association Outstanding Service Award, UMKC, 2003
Missouri's Best Financial Expert, Missouri Lawyers' Weekly, 2007

## Publications

*Books and Edited Books*

*A Trans-Atlantic Dialogue on Economic Damages in Personal Injury and Death Litigation,* edited with Robert Thornton, London, Emerald Publishing Co. January, 2009.

*The Plaintiff and Defense Attorneys' Guide to Understanding Economic Damages,* with Michael Brookshire and Frank Slesnick. Tucson, Lawyers and Judges Publishing Co. February, 2007.

*Assessing Damages in Injuries and Deaths of Minor Children,* edited with Thomas Ireland. Tucson, Lawyers and Judges Publishing Co., 2002.

*A New Hedonics Primer for Economists and Attorneys,* edited with Thomas Ireland. Tucson: Lawyers and Judges Publishing Company, 1996.

*Valuing Children in Litigation: Family and Individual Loss Assessment,* edited with Thomas Ireland. Tucson: Lawyers and Judges Publishing Company, 1995.

*Establishing Damages in Catastrophic Injury Litigation,* with Kurt V. Krueger, Tucson: Lawyers and Judges Publishing Company, July, 1994.

*A Hedonics Primer for Economists and Attorneys.* Editor, Tucson: Lawyers and Judges Publishing Co., August, 1992.

VITA – JOHN O. WARD, PH.D.

*Book Chapters*

John O. Ward, "Economic Damages and Tort Reform: A Comparative Analysis of the Calculation of Economic Damages in Personal Injury and Death Litigation in the United States and the United Kingdom" in *A Trans-Atlantic Dialogue on Economic Damages in Personal Injury and Death Litigation,* edited with Robert Thornton, London, Emerald Publishing Co. January, 2009.

John O Ward, "Understanding Experts on Damages Valuation," *The Plaintiff and Defense Attorneys' Guide to Understanding Economic Damages,* with Michael Brookshire and Frank Slesnick. Tucson, Lawyers and Judges Publishing Co. February, 2007.

John O. Ward and Robert Thornton, "International Issues in Forensic Economics," *The Plaintiff and Defense Attorneys' Guide to Understanding Economic Damages,* with Michael Brookshire and Frank Slesnick. Tucson, Lawyers and Judges Publishing Co. February, 2007.

Kurt V. Krueger and John Ward, "Building an Expert Damages Team" in *Building Loss in Catastrophic Injury Case,* Ed. Kevin Marshall and Thomas Ireland, Tucson, Lawyers and Judges Publishing Co., 2006

Tom Ireland and John Ward, "The Investment Approach to Paternal Loss" in *Economic Foundations of Injury and Death Damages,* ed. By Ed Kaufman, James Rodgers and Gerald Martin, New York, Edward Elgar Publishing Co., 2006

Thomas Ireland and John O. Ward, "Evaluating Child Loss in Child Injuries and Fatalities: Roles of Economic Experts," in Joe L. Frost, *Children and Injuries*, Tucson, Lawyers and Judges Publishing Co., 2001.

John O. Ward, "Defining the Basis of Decedents' Personal Consumption in Wrongful Death Litigation," in *Assessing Family Loss in Wrongful Death Litigation: The Special Roles of Lost Services and Personal Consumption,* ed. Thomas Ireland and Thomas Depperschmidt, Lawyers and Judges Publishing Company, May 1999.

John O. Ward and Gerald Olson, "Forensic Economics: The Development and Outlook for the Field," in *Litigation Economics,* edited by Patrick A. Gaughan and Robert J. Thornton, Greenwich, Conn., JAI Press, 1993.

John O. Ward and Gerald Olson, "Forensic Economics: The Development and Outlook for the Field," in *Litigation Economics,* edited by Patrick A. Gaughan and Robert J. Thornton, Greenwich, Conn., JAI Press, 1993.

John Ward, "The Brazilian Miracle Revisited: A Case Study," chapter in *Major Issues in Global Development,* A.J. Kondonassis, editor, University of Oklahoma Press: Norman, 1991.

Tom Ireland and John Ward, "Replacement Cost Valuation of Production by Homemakers: Conceptual Questions and Measurement Problems," *Journal of Forensic Economics,* Vol. IV, No. 3, Fall, 1991, also in *Assessing Family Loss in Wrongful Death Litigation: The Special Roles of Lost Services and Personal Consumption,* ed. by Thomas Ireland and Thomas Depperschmidt. Tucson: Lawyers and Judges Publishing Co., 1999.

VITA – JOHN O. WARD, PH.D.

*Articles*

John Ward, "Time Valuation as an Alternative to Lost Enjoyment of Life in Determining Wrongful Death Damages", *Journal of Forensic Economics*, 2007, 20(2), pp. 155-169

Kurt Krueger and John Ward, " Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of Kansas", *Journal of Forensic Economics* (Spring/Summer 2005) 18, 2-3,

Kurt Krueger and John O. Ward, "Assessing Economics, Damages in Personal Injury and Death Litigation: The State of Missouri," *Journal of Forensic Economics* (Winter 2003) 16.1

Thomas Ireland and John O. Ward, "The Estate of a Minor Child in a Child Death Case," *Journal of Legal Economics*, Volume 8, No. 3 Winter 2000-01.

Kurt V. Krueger, John O. Ward, and Gary R. Albrecht, "Introduction to the Whole-Time Concept," *Journal of Forensic Economics*, vol. 14 (1), Winter, 2001.

Robert Thornton and John O. Ward, "The Economist in Tort Litigation," *Journal of Economic Perspectives*, vol. 131 (2), Spring 1999.

Kurt V. Krueger, Gary R. Albrecht, and John O. Ward, "It's About Time: The Forensic Economic Evaluation," *Journal of Forensic Economics*, Spring 1999 .

John O. Ward, "The Standard of Reasonable Probability in Forensic Economics: A Comment," *Litigation Economic Digest*, Vol. 3, No. 2, 1998.

Thomas Ireland and John Ward, "The Investment Approach to Parental Loss in the Death of a Child: A Guide to Understanding Alternative Versions", *Journal of Legal Economics*, Vol. 5 (3), Spring, 1996.

Thomas Ireland and John O. Ward, "Valuing the Life of a Child: Broadening the Investment Approach," *Journal of Forensic Economics*, 7 (2), Spring/Summer, 1994.

John Ward, "Tort Reform in the 1990's - A New Direction," *The Journal of the Missouri Bar*, October, 1992.

John Ward, et al, "Literature Relevant to the Valuation of Household Services," *Journal of Forensic Economics*, Vol. IV, No. 3, Fall, 1991.

John Ward, "Reflections on Economic Loss in the Death of a Child," *Journal of Forensic Economics*, Vol. III, No. 2, Fall, 1990.

John O. Ward, "Human Capital Theory and Economic Loss in the Death of a Child," *Journal of Forensic Economics*, Vol. II, No. 1, October, 1988.

John O. Ward, "Origins of the Tort Reform Movement," *Contemporary Policy Issues*, Vol. VI, No. 3, July 1988.

John O. Ward and Gerald Olson, "Forensic Economics: A Perspective and an agenda for Research," *Journal of Forensic Economics*, Vol. I, No. 1, September, 1987.

John O. Ward. "Economic Loss in Injury and Death Litigation," *Journal of Economics*, vol. 12, March 6, 1986.

F.E. Wagner and John O. Ward, "Urbanization and Migration in Brazil," *The American Journal of Economics and Sociology*, Vol. 39, No. 2, 1980.

John O. Ward and David Amoni, "Diets of Urban Migrants in Northeast Brazil: An Economic Analysis," *Nutrition Reports International*, Vol. 21, No. 1, January, 1980.

John O. Ward and John Sanders, "Nutritional Determinants and Migration in the Brazilian Northeast," *Journal of Economic Development and Cultural Change*, Vol. 29, No. 1, October, 1980. Also published in Brazil, *Revista Economica do Nordeste*, Vol. 11, No. 2, Abr/Jun, 1980.

John O. Ward, "Remarks: The Causes of Mexico's Devaluation of the Peso," *Journal of Economics*, Vol. 3, 1977.

John O. Ward and John Sanders, "Nutricao, Renda e Tecnologia Nova Para Pequenas Agricutores No Nordeste Brasileiro: Algumas Inter Relacoes e Sugestoes de Politicos," *Revista Economica Rural* (Brasilia), Vol. 16, No. 3, Jul/Set, 1978

John O. Ward and Agamemnon T. Almeida, "Nutricao, Renda e Tamanho da Familia: Um Exame da Situacao Nutricional em Caninde, Ceara," *Revista Economica do Nordeste*, Vol. 8, No. 1, 1977.

John O. Ward, "Some Remarks on the Approximation of the Production Effects Resulting form the Formation of LAFTA," *The American Economist*, Vol. 19, No. 2, 1975.

John O. Ward and F.E. Wagner, "Commodity Agreements, Economic Rent, and the U.S.," *Journal of Economics*, No. 1, 1975.

### Book Reviews

James E. Anderson, Public Policy Making, in *The American Economist*, Vol. 1, No. 2, Fall, 1977.

Yujiro Hayami, A Century of Agricultural Growth in Japan: Its Relevance to Asian Studies, in The American Economist, Vol. 22, No. 1, Fall, 1978.

Fritz Machlup, A History of thought on Economic Integration, in *Journal of Economics*, Vol. 4, August, 1978.

### Abstracts

John O. Ward and David Amoni, "Diet Efficiency in Northeast Brazil," in *Nutrition Planning*, Vol. 2, No. 1, 1979.

John O. Ward and F.E. Wagner, "Japanese Imperialism in Latin America," in *Nebraska Journal of Economics and Business*, Vol. 4, 1973.

### Other Publications

Kurt V. Krueger and John O. Ward, *The Dollar Value of a Day*. Expectancy Data, Shawnee Mission, KS., 2002-2006.

John Ward, "Hedonic Damages: A Review of the Debate," Missouri Lawyers Weekly, June, 1992.

John Ward, et al, "The Catastrophic Injury Case: Establishing Damages," Missouri Lawyers Weekly, December 16, 1991.

John Ward, "Economic Issues in Personal Injury and Wrongful Death Litigation," *Proof of Personal Injury Damages in Kansas*. PES: Eau Claire, WI, 1990 and 1992.

John O. Ward, ed., The Economist in Injury and Death Litigation, UMKC Law School: Kansas City, 1983.

John O. Ward and John H. Sanders, "Nutritional Determinants and Migration in Northeast Brazil," Sociological Abstracts and Specialized Reprint Collection, University of North Carolina, 1981.

John O. Ward and Gerald W. Olson, "Income Taxes, the Supreme Court and Economic Loss in Injury and Death," Trial, Summer, 1981.

John O. Ward, "The Economist in Personal Injury and Wrongful Death Litigation," Trial, Vol. 15, No. 11, November, 1979.

John O. Ward and Agamemnon T. Almeida, "Nota Sobre Metodologia de Pesquisa em Economia De Nutricao," Seminario Sobre Nutricao, Associacao Nacional de Centros de Pos Graduacao em Economia, Brasilia, 1976.

L.K. Hubbell, Gerald Olson, John Ward and S.D. Ramenofsky, Alternative Sources of Finance for Municipal Services, University of Missouri-Urban Observatory, 1973.

John O. Ward, "Analytical Model for Examining Mexico's Participation in LAFTA," (Monograph) Secretaria de Industria y Comercio, Mexico, D.F., 1972.

## Presentations at Academic and Professional Meetings

"Time Valuation as an Alternative to lost Enjoyment of Life in Determining Wrongful Death Damages", ASSA meeting, New Orleans, January, 2008

"Dollar Value of a Day and Family Time Valuation", Istanbul, Turkey, May, 2008

"Scheduled Damages and Tort Reform and International Analysis and a Proposal for Consideration in the United States." With Kurt Krueger and Gary Albrecht, ASSA Meeting, Chicago, January, 2007.

"Trans-Atlantic Dialogue on Damages", Sitges, Spain, May 23, 2007 (Program Chair)

"Trans-Atlantic Dialogue on Damages", Florence, Italy, June 2006 (Program Chair)

"Scheduled Damages: The European and American Experience," ASSA and NAFE Meetings, Boston, January, 2006

International Comparison of Damages Calculations, North America and the British Isles, NAFE International meetings Dublin, Ireland, June, 2005 ( Program Chair )

"Formula Based Damages Models: The United Kingdom," The Western Economic Association, Vancouver, 2004.

"Comparing Damages Calculations in the U.K. and the U.S.," NAFE International Symposium Edinburgh, Scotland, 2004 (Program Chair)

"Damages Analysis in the Daubert Era," Moderator and Presenter, UMKC CLE, November 2002.

"Establishing Damages in Litigation," Litigation Forum, Tucson, AZ, November 2002.

"The Origin of The National Association of Forensic Economics"," NAFE, Cancun, MX 2002

"Proposed Victim Compensation," Rally sponsored by Families of 911, New York City, January 2002.

"Symposium on the Victims Compensation Fund," American Economic Association, Atlanta, GA, 2002

"Introduction to the Whole-Time Concept," American Economic Association, Atlanta, GA, 2002

"New Issues in Calculating Damages in Medical Malpractice Litigation," UMKC CLE, 1998 Medical Malpractice Seminar, September 18, 1998.

"Establishing Damages in Commercial, Employment, and Personal Injury Litigation," program moderator, UMKC Law School, Kansas City, MO, November 14, 1997.

"Discrimination: Statistical Proofs & Damages," Employment Litigation Program, UMKC Law School, Kansas City, MO, November 13, 1997.

"Valuing Damages/Risk Assessment," Heartland Labor and Employment Institute, UMKC Law School, Kansas City, MO, October 23-24, 1997.

"Estimating Economic Damages as a Result of Diminished Productivity in Work and Non-Work Time", with John O. Ward and Gary R. Albrecht. Session at 72nd Annual Western Economic Association International Conference, Seattle, July 1997.

"The Fallacy of Fairness & the Plight of Prediction in Discounting Future Dollars," American Economic Association, San Francisco, CA, January 1996.

"Evaluating Damages in Catastrophic Injury Litigation," program moderator and presenter, University of Missouri-Kansas City Law School, 1994 & 1995, Marriot Pavilion, St. Louis, Adams Mark, Kansas City.

John O. Ward, "Hedonic Damages," in Boardwalk Seminar, New Jersey Association of Trial Lawyers, Atlantic City, March, 1994.

"What is Measured When Calculating Expected Earnings," with Kurt Krueger, American Economic Association, Anaheim, CA, January, 1993.

"Disclosure in Forensic Economic Testimony," panel, Western Economic Association, Lake Tahoe, June 1993.

"Unified Theory of Human Capital Investment," with Tom Ireland at the American Economic Association Meetings, New Orleans, January 1992.

"The Tort Reform Movement of the 1990's," Lands Conference, Ohio State University, April 1992.

"Calculating Economic Loss in Business Litigation," UMKC Continuing Legal Education, September 1989.

"Calculating Damages in Complex Business Litigation," Kansas City Metropolitan Bar Association, September 1990.

"Economic damages in Death Torts," Missouri Association of Trial Attorneys, February 1990.

"Human Resource Evaluation and the Life of a Child," Western Economic Association, Chicago, July 1989.

"Valuing Contributions in the Household Sector," with Tom Ireland (UMSL), Allied Social Science Association, New York, 1988.

"Forensic Economics: Origins and Perspectives," Missouri Valley Economics Association, 1987.

"The Tort Reform Movement in Economic Interpretation," Western Economic Association, Vancouver, 1986.

"Brazil's Miracle Revisited," Latin American Studies Association, Boston, November 1986.

"The Methodologies of Projecting Economic Loss in Litigation: Recent Conflicts," Missouri Valley Economic Association, March 1986.

"Economic Loss in Death/Injury Litigation: Methodological Conflicts," Atlantic Economic Association, Rome, 1985.

"The Economics of Structured Settlements," University of Missouri-Kansas City Legal Continuing Education, September 1984.

"Computer Utilization in Higher Education," Inter-American Association for Higher Education, Washington, D.C., 1984.

"The Economic Determinants of World Hunger," World Conference on Social Economics, Fresno, CA, December 1983.

"The Economist in Law," University of Missouri-Kansas City Continuing Legal Education, chaired by John O. Ward, March 1983.

"The Economics of Malnutrition," Atlantic Economic Association, London, August 1981.

"The President's Commission on World Hunger," Third World Conference, Omaha 1980.

"Malnutrition and Economics," Western Social Science Association, Albuquerque, New Mexico, April 1978.

"The Economist as Expert Witness: Trial Demonstration," Missouri Association of Trial attorneys and the University of Missouri-Columbia, November 1979.

"Human Resource Use in Developing Countries," Third World Conference, Omaha, 1979.

"The Economist in Personal Injury and Death Litigation," to a seminar of Continuing Legal Education, "The Effective Use of an Economist in Complex Legal Matters," chaired by John O. Ward, 1979.

"Human Resource Use in Northeast Brazil," to the Economics and Agricultural Economics Faculty of the University of Missouri-Columbia, 1978.

"Nutrition Policy in Latin America," Third World Conference, University of Nebraska-Omaha, 1978.

"Urbanization and Migration in Latin America: The Case of Brazil," with F.E. Wagner, Tri-University Conference on Urbanization in the Americas, Kansas City, 1978.

"Economics and Law," to the Annual Meeting of the Missouri Association of Trial Attorneys, Tan-Tar-A, June 1978.

Wendell Gordon's Interpretation of Latin America's Economic Development," Western Social Science Association, Denver, April 1978.

Discussant: Southwest Economics Association Convention, Houston, TX, and April 1978.

"Malnutrition and Economic Development," The Institute for Advanced Economic and Social Investigations, Jalapa, Mexico, 1977.

"Nutrition, Income and New Technology for Small Farmers," with John Sanders, Brazilian Society of Rural Economists Convention, Vicosa, Brazil, 1977.

"Remarks, the Causes for Mexico's Devaluation," the Missouri Valley Economics Association Convention, 1977.

"Urban-Rural Nutrition in LDC's," Southwestern Economic Association Convention, Los Angeles, 1977.

"Nota Sobre Methodologia De Pesquisa em Economia Da Nutricao," with A.T. Almeida, Seminario Sobre Nutricao, ANPEC, Brasilia, Brazil, 1976.

"Nutricao, Renda e Tamanho Da Familia," with A.T. Almeida, Encontro Anual, ANPEC, Garanhuns, Brazil, 1975.

Respondent: "Um Modelo de Balanco Comerical Com Aplicacoes Ao Caso Brasileiro," by Alfonso Censo Pastore, et al., at the III Encontro Anual of the Associacio Nacional De Control De Pos-Graduacao Em Economia (ANPEC), Garanhuns, Brazil, 1975.

"Commodity Cartels, Economic Rent, and the United States," with F.E. Wagner, Missouri Valley Economics Association Convention, St. Louis, 1974.

"The International Economy in 1974," to the Annual UMKC Business School Management Conference, 1974.

"German Imperialism in Africa," with F.E. Wagner, Missouri Valley Economic Association Convention, Kansas City, 1973.

"Japanese Imperialism in Latin America," with F.E, Wagner, Midwestern Economic Association Convention, Chicago, 1973.

"A Comparative Study of Ph.D.'s in Economics Granted by American Universities," Southwestern Social Science Convention, Houston, TX, 1969.

**Graduate Involvement**

*Directed and Completed Recent PhD's:*

Jennifer Golec, Economics 2000; Mutaz Nabulsi, Economics 2002; Nicholas Poleogeogis; 2002

VITA – JOHN O. WARD, PH.D.

*Completed Ph.D. Recent Thesis Committees:*

Lester Townsend, Economics; Willadee Gillin, Economics; Dale Krueger, Educational Administration; Tom Carroll, General Education, Kurt Krueger, Economics

## Courses Taught

**Graduate and undergraduate:** Economic Development, Research Methods, International Economics, Law and Economics, Human Resource Economics, Microeconomics, Investment Analysis.

## Consulting Experience

| | |
|---|---|
| 1972-1973 | Urban Observatory |
| 1972 | Department of Labor |
| 1972 | Department of Defense |
| 1972-1973 | Kirschner Association, Departments of Commerce and Defense |
| 1974 | Environmental Research and Development Foundation |
| 1975 | Government of Brazil (IPEA) |
| 2000-2002 | Pro Bono Consulting Epilepsy Association and Missouri Historical Society |
| 2002-2004 | Pro Bono Expert-911 Victim's Compensation Fund, Advisor to 911 families |
| 1976-Present | Regional and national law firms (400 firms in 15 states) |

## Damages Analysis and Litigation Support

>John O. Ward & Associates, Inc., was established in 1976 as an economic consulting firm offering expert analysis and testimony in personal injury and death torts, employment discrimination litigation; commercial damages litigation, securities analysis and anti-trust. The firm consists of five consulting economists, support staff, and additional consultants for life care planning and financial management. Dr. John Ward, as principal economist of the firm, has given expert testimony in the aforementioned areas in deposition and/or in federal and/or state courts in Kansas, Missouri, Colorado, Iowa, Arkansas, Nebraska, Oklahoma, Illinois, Georgia, Texas, Florida, California, Wyoming, Utah, Ohio, South Carolina, North Carolina, Minnesota, Michigan, Wisconsin, New Mexico, Tennessee, and Louisiana and has served as a consultant to firms in over twenty states. Access the firm at www.johnwardeconomics.com." The client list for John O. Ward & Associates includes over 500 attorneys, representing both plaintiffs and defendants.
>
>Additional information access through www.johnwardeconomics.com