Robert J. Bonsignore (BBO # 547880)
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
Telephone: (781) 350-0000
Facsimile: (781) 391-9496
Email: rbonsignore@classactions.us
<u>Co-Lead Counsel for Plaintiffs</u>

*Other signatories appear below*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICE LITIGATION | **MDL 1735**<br><br>2:06-CV-00225-PMP-PAL<br>(BASE FILE) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS EXCEPT KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | |

**ERRATA TO PLAINTIFFS' MOTION FOR APPEAL BOND**

**FOR OBJECTOR STEPHANIE SWIFT**

---

1

*Errata to Plaintiffs' Motion for Appeal Bond for Objector Stephanie Swift*

Plaintiffs by and through Co-Lead Counsel Robert Bonsignore and Counsel on Record, hereby submit this Errata to Plaintiffs' Motion in Support of Plaintiffs' Motion for Appeal Bond for Objector Stephanie Swift.

Due to clerical error, the incorrect amount of $2,285,857.15 was entered on page 1 as the amount requested for Objector Stephanie Swift to post in an appeal bond. The correct amount is $608,621.79.

Dated: January 15, 2010                Respectfully submitted:

                  By: s/ Robert J. Bonsignore
                     Robert J. Bonsignore
                     BBO # 547880
                     BONSIGNORE & BREWER
                     23 Forest Street
                     Medford, MA 02155
                     Telephone: (781) 350-0000
                     rbonsignore@class-actions.us

| | |
|---|---|
| Daniel D. Ambrose, Esq.<br>Ambrose Law Group<br>1007 East West Maple Road<br>Walled Lake, MI 48390<br>(248) 624-5500 | Craig O. Asbill, Esq.<br>Charles G. Monnett & Associates<br>200 Queens Road<br>Suite 300<br>Charlotte, NC 28204<br>(704) 376-1911 |
| Franklin D. Azar, Esq.<br>Rodney P. Bridgers, Jr., Esq.<br>Nathan J. Axvig, Esq.<br>Franklin D. Azar & Associates P.C.<br>14426 East Evans Ave.<br>Aurora, CO 80014<br>(303) 757-3300 | Richard Batesky, Esq.<br>Attorney at Law<br>22 E. Washington St., Suite 610<br>Indianapolis, IN 46204<br>(800) 822-2039 |
| Robin E. Brewer, Esq.<br>Nicole Vamosi, Esq.<br>Kelly Elam, Esq.<br>Rick Kirchner, Esq.<br>Julie Baker, Esq.<br>Bonsignore & Brewer<br>23 Forest Street<br>Medford, MA 02155 | Mark C. Choate, Esq.<br>Choate Law Firm LLC<br>424 N. Franklin Street<br>Juneau, AK 99801<br>(907) 586-4490 |

(781) 350-0000

| | |
|---|---|
| Todd S. Collins, Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(800) 424-6690 | Adriana Contartese, Esq.<br>Rafaela Hanley, Esq.<br>Attorney at Law<br>866 East Fifth St.<br>Boston, MA 02127<br>(617) 268-3557 |
| Lanny H. Darr<br>Schrempf, Kelly, Knapp & Darr, Ltd.<br>307 Henry St.<br>Suite 415<br>Alton, IL 62002<br>(618) 465-2311 | Paul C. EchoHawk, Esq.<br>Nathan Long, Esq.<br>EchoHawk Law Offices<br>Paul C. EchoHawk<br>505 Pershing Avenue<br>Pocatello, ID 83205<br>(208) 478-1624 |
| R. Deryl Edwards, Jr., Esq.<br>606 S. Pearl Ave.<br>Joplin, MO 64801<br>(417) 624-1962 | Ivy L. Frignoca, Esq.<br>Lambert Coffin Haenn<br>477 Congress St, 14th Fl<br>Portland, ME 04112<br>(207) 874-4000 |
| Courtney French, Esq.<br>Fuston, Petway & French, LLP<br>3500 Colonnade Parkway<br>Suite 300<br>Birmingham, AL 35243<br>(205) 977-9798 | Troy N. Giatras, Esq.<br>The Giatras Law Firm, PLLC<br>118 Capitol Street<br>Suite 800<br>Charleston, WV 25301<br>(304) 343-2900 |
| Christopher R. Gilreath, Esq.<br>Gilreath & Associates<br>550 Main Street<br>Suite 600<br>Knoxville, TN 37902<br>(865) 637-2442 | Vincent J. Glorioso, III, Esq.<br>The Glorioso Law Firm<br>815 Baronne Street<br>New Orleans, LA 70113<br>(504) 569-9999 |
| Donald S. Goldbloom, Esq.<br>12590 National Pike<br>Grantsville, MD 21536<br>(301) 895-5240 | Gregory F. Greiner, Esq.<br>Greiner Law Office<br>630 G Ave.<br>Grundy Center, IA 50638<br>(319) 824-6951 |

3

*Errata to Plaintiffs' Motion for Appeal Bond for Objector Stephanie Swift*

| | |
|---|---|
| J. Thomas Henretta, Esq.<br>Law Offices of J. Thomas Henretta<br>400 Key Building<br>159 South Main Street<br>Akron, OH 44308<br>(330) 376-7801 | Thomas H. Johnson, Esq.<br>Thomas H. Johnson Law Office<br>410 Hickory St.<br>Texarkana, AR 71854<br>(870) 773-6359 |
| Christopher Meeks, Esq.<br>Lynch, Meeks & Battitori<br>1031 Military Avenue<br>Baxter Springs, KS<br>(620) 856-2771 | Mike Miller, Esq.<br>Stacey E. Tjon, Esq.<br>Solberg, Stewart, Miller & Tjon<br>1129 Fifth Avenue South<br>Fargo, ND 58103<br>(701) 237-3166 |
| Pamela Mullis, Esq.<br>The Mullis Law Firm<br>1229 Elmwood Ave<br>Columbia, SC 29201<br>(803) 799-9577 | Glen W. Neeley, Esq.<br>Attorney at Law, P.C.<br>863 25th St.<br>Ogden, UT 84001<br>(801) 612-1511 |
| Gary S. Nitsche, Esq.<br>Weik, Nitsche, Dougherty<br>1300 N. Grant Ave, Suite 101<br>Wilmington, DE 19899<br>(302) 655-4040 | D. Michael Noonan, Esq.<br>Shaheen & Gordon, P.A.<br>140 Washington Street<br>P.O. Box 977<br>Dover, NH 03821<br>(603) 749-5000 |
| Raymond A. Pacia, Esq.<br>Attorney At Law, LTD<br>50 Power Road<br>Pawtucket, RI 02860<br>(401) 727-2242 | Jeffrey M. Padwa, Esq.<br>Padwa Law<br>303 Jefferson Blvd.<br>Warwick, RI 02888<br>(401) 921-4800 |
| Arthur Y. Park, Esq.<br>Laurent J. Remillard, Jr., Esq.<br>John C. McLaren, Esq.<br>Park Park & Remillard<br>707 Richards Street<br>Suite 500<br>Honolulu, HI 96813<br>(808) 536-3905 | Wayne D. Parsons, Esq.<br>Wayne D. Parsons Law Offices<br>Dillingham Business Center<br>Suite 201C<br>1406 Colburn Street<br>Honolulu, HI 96817<br>(808) 845-2211 |

| | |
|---|---|
| John Rausch, Esq.<br>P.O. Box 905<br>Waterloo, IA 50704<br>(319) 233-3557 | Dan Rausher, Esq.<br>Attorney at Law<br>26 Court Street<br>Suite 1604<br>Brooklyn, New York 11242<br>(718) 596-7333 |
| Thomas R. Ricci, Esq.<br>Law Office of Thomas R. Ricci<br>303 Jefferson Blvd.<br>Warwick, RI 02888<br><br>(401) 921-4800 | Fred Schultz, Esq.<br>Greene & Schultz<br>Showers Plaza<br>320 W. 8th Street<br>Suite 100<br>Bloomington, IN 47404<br>(812) 336-4357 |
| Cynthia K. Smith, Esq.<br>Jasper Smith Olson, P.C.<br>202 W. Spruce St.<br>P.O. Box 7785<br>Missoula, MT 59807<br>(406) 541-7177 | Stephen M. Smith, Esq.<br>Joseph Smith Ltd.<br>2100 Kecoughtan Road<br>Hampton, VA 23661-0437<br>(757) 244- 7000 |
| Laurence W. Stinson, Esq.<br>Bradley D. Bonner, Esq.<br>Bonner Stinson, P.C.<br>P.O. Box 799<br>128 East Second Street<br>Powell, WY 82435<br>(307) 754-4950 | Mark Tate, Esq.<br>Tate Law Group, LLC<br>2 East Bryan Street<br>Suite 600<br>Savannah, GA 31401<br>(912) 234-3030 |
| Jill P. Telfer, Esq.<br>Law Offices of Jill P. Telfer<br>331 J. Street, Ste. 200<br>Sacramento, CA 95814<br>(916) 446-1916 | Matthew Tobin, Esq.<br>201 S. Phillips Avenue<br>Suite 200<br>Sioux Falls, SD 57104<br>605-366-9715 |
| Jay A. Urban, Esq.<br>Urban & Taylor S.C.<br>4701 North Port Washington Road<br>Milwaukee, WI 53212<br>(414) 906-1700 | Ernest Warren, Jr., Esq.<br>Walker Warren & Watkins<br>838 SW First Avenue<br>Suite 500<br>Portland, OR 97204<br>(503) 228-6655 |

*Errata to Plaintiffs' Motion for Appeal Bond for Objector Stephanie Swift*

Christopher P. Welsh, Esq.
James R. Welsh, Esq.
Welsh & Welsh, P.C. L.L.O.
9290 West Dodge Road
100 The Mark
Omaha, Nebraska, 68114
(402) 384-8160

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2010, a copy of the foregoing *Errata to Plaintiffs' Motion for Appeal Bond for Objector Stephanie Swift* was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

                                                /s/ Robert J. Bonsignore
                                                Robert J. Bonsignore