Robert J. Bonsignore (BBO # 547880)
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
Telephone: (781) 350-0000
Facsimile: (781) 391-9496
Email: rbonsignore@classactions.us
*Co-Lead Counsel for Plaintiffs*

*Other signatories appear below*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICE LITIGATION | **MDL 1735** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS EXCEPT KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | 2:06-CV-00225-PMP-PAL (BASE FILE) |

**PLAINTIFFS' MOTION THE FOR IMPOSITION OF SANCTIONS AGAINST OBJECTOR FATIMA ANDREWS AND HER COUNSELS JOHN PENTZ AND EDWARD COCHRAN**

**TO ALL PARTIES, OBJECTOR FATIMA ANDREWS AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Co-Lead Counsel Robert Bonsignore together with the undersigned counsels (hereafter "Class Plaintiffs") do hereby move this Court for the imposition of sanctions individually and jointly against Deponent Fatima Andrews and her Counsels John Pentz, Esq. and Edward Cochran, Esq. for the reasons set forth herein and as otherwise described in the accompanying memorandum of law and its attachments.  Plaintiffs further request that this Court withhold its judgment and Orders until after it holds a hearing(s) and otherwise presents Andrews and her Counsels adequate opportunity to defend themselves.  Plaintiffs request that the hearing(s) be scheduled and held on a date(s) to be set by the Court.

Plaintiffs in this consolidated MDL 1735 case, with the exception of *King v. Wal-Mart Stores, et al.*, Case No. 07-1486-WY, hereby move this Court to impose economic and non-economic sanctions against Fatima Andrews and her Counsels.  Plaintiffs advance this Motion pursuant to Rule 37 of the Federal Rules of Civil Procedure and the District Court's inherent power to issue sanctions.  Using her September 24, 2009 Objection, Fatima Andrews and her Counsels thwart the Plaintiff Class's formal attempts to take her deposition before the Record in MDL 1735 closed.  *See* Docket no. 382.  Andrews and her counsels, thereafter, willfully and knowingly violated a Court Order compelling her attendance at a deposition set for a date and at time certain that was issued by Judge Polster[1] (District of Ohio) as well as this Courts order allowing Plaintiffs request for expedited discovery.  *See* Docket no. 448.  Compounding their willful misconduct, Andrews and her Counsels failed to arrange for her for deposition before the record was closed.

In the accompanying memorandum, Plaintiffs establish that Objector Andrews and her Counsels knowingly and unfairly acted to obstruct the orderly administration of justice.  The actions and inaction of Andrews and her Counsels caused the Plaintiffs to suffer ascertainable

---

[1] There is no dispute as to notice of Judge Polster's Order.

economic harm in an amount the amount of $22,409.18.  The Plaintiffs were also caused to suffer irreparable non-economic harm.

This Motion is finds support in the following:

I.   Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Imposition of Sanctions Against Fatima Andrews and her Counsels John Pentz and Edward Cochran

II. Attachments:

    A.   Ohio Order Granting Complaint for Discovery, October 9, 2009.

    B.   Subpoena of Fatima Andrews and Return of Process Server Clint Massengale.

    C.   Objection to Class Action Settlement and Request for Attorneys' Fees and Motion to Intervene of Objector Thomas and Marilyn Bell, Circuit Court of Miller County, Arkansas, June 9th, 2006.

    D.   Cady Reporting Services, Inc. Invoice no. 972163

    E.   Process Server Invoice.

III.   Affidavit of Robert Bonsignore in Support of Plaintiffs' Motion for Appeal Bond for Objector Fatima Andrews.

    A.   John Pentz Chart of Objections.

    B.   Attempted Deposition of Fatima Andrews, October 12, 2009.

Wherefore, Plaintiffs respectfully request that this Court hold a hearing on a date to be set by the Court for the purpose of providing an opportunity for Objector Andrews and her Counsels John Pentz, Esq. and Edward Cochran, Esq to defend themselves against Plaintiffs request for imposition of each of the sanctions set forth on pages 14-16 of the accompany Memorandum and to further be compelled to submit to such a related examination under oath as this Court deems just and reasonable and/or to otherwise act in a just and reasonable way.

Dated:          February 10, 2010                    s/ Robert J. Bonsignore
                                                           Robert J. Bonsignore (BBO # 547880)

3

*Plaintiffs' Motion for Imposition of Sanctions Against Fatima Andrews and Her Counsels*
*John Pentz and Edward Cochran*

<pre>
                                        BONSIGNORE & BREWER
                                        23 Forest Street
                                        Medford, MA 02155
                                        Telephone: (781) 350-0000
                                        rbonsignore@classactions.us

Daniel D. Ambrose, Esq.                 Craig O. Asbill, Esq.
Ambrose Law Group                       Charles G. Monnett & Associates
1007 East West Maple Road               200 Queens Road
Walled Lake, MI 48390                   Suite 300
(248) 624-5500                          Charlotte, NC 28204
                                        (704) 376-1911

Franklin D. Azar, Esq.                  Richard Batesky, Esq.
Rodney P. Bridgers, Jr., Esq.           Attorney at Law
Nathan J. Axvig, Esq.                   22 E. Washington St., Suite 610
Franklin D. Azar & Associates P.C.      Indianapolis, IN 46204
14426 East Evans Ave.                   (800) 822-2039
Aurora, CO 80014
(303) 757-3300


Robin E. Brewer, Esq.                   Mark C. Choate, Esq.
Nicole Vamosi, Esq.                     Choate Law Firm LLC
Kelly Elam, Esq.                        424 N. Franklin Street
Rick Kirchner, Esq.                     Juneau, AK 99801
Julie Baker, Esq.                       (907) 586-4490
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155
(781) 350-0000

Todd S. Collins, Esq.                   Adriana Contartese, Esq.
Berger & Montague, P.C.                 Rafaela Hanley, Esq.
1622 Locust Street                      Attorney at Law
Philadelphia, PA 19103                  866 East Fifth St.
(800) 424-6690                          Boston, MA 02127
                                        (617) 268-3557

Lanny H. Darr                           Paul C. EchoHawk, Esq.
Schrempf, Kelly, Knapp & Darr, Ltd.     Nathan Long, Esq.
307 Henry St.                           EchoHawk Law Offices
Suite 415                               Paul C. EchoHawk
Alton, IL 62002                         505 Pershing Avenue
(618) 465-2311                          Pocatello, ID 83205
                                        (208) 478-1624
</pre>

4

*Plaintiffs' Motion for Imposition of Sanctions Against Fatima Andrews and Her Counsels*
*John Pentz and Edward Cochran*

| | |
|---|---|
| R. Deryl Edwards, Jr., Esq.<br>606 S. Pearl Ave.<br>Joplin, MO 64801<br>(417) 624-1962 | Ivy L. Frignoca, Esq.<br>Lambert Coffin Haenn<br>477 Congress St, 14th Fl<br>Portland, ME 04112<br>(207) 874-4000 |
| Courtney French, Esq.<br>Fuston, Petway & French, LLP<br>3500 Colonnade Parkway<br>Suite 300<br>Birmingham, AL 35243<br>(205) 977-9798 | Troy N. Giatras, Esq.<br>The Giatras Law Firm, PLLC<br>118 Capitol Street<br>Suite 800<br>Charleston, WV 25301<br>(304) 343-2900 |
| Christopher R. Gilreath, Esq.<br>Gilreath & Associates<br>550 Main Street<br>Suite 600<br>Knoxville, TN 37902<br>(865) 637-2442 | Vincent J. Glorioso, III, Esq.<br>The Glorioso Law Firm<br>815 Baronne Street<br>New Orleans, LA 70113<br>(504) 569-9999 |
| Donald S. Goldbloom, Esq.<br>12590 National Pike<br>Grantsville, MD 21536<br>(301) 895-5240 | Gregory F. Greiner, Esq.<br>Greiner Law Office<br>630 G Ave.<br>Grundy Center, IA 50638<br>(319) 824-6951 |
| J. Thomas Henretta, Esq.<br>Law Offices of J. Thomas Henretta<br>400 Key Building<br>159 South Main Street<br>Akron, OH 44308<br>(330) 376-7801 | Thomas H. Johnson, Esq.<br>Thomas H. Johnson Law Office<br>410 Hickory St.<br>Texarkana, AR 71854<br>(870) 773-6359 |
| Christopher Meeks, Esq.<br>Lynch, Meeks & Battitori<br>1031 Military Avenue<br>Baxter Springs, KS<br>(620) 856-2771 | Mike Miller, Esq.<br>Stacey E. Tjon, Esq.<br>Solberg, Stewart, Miller & Tjon<br>1129 Fifth Avenue South<br>Fargo, ND 58103<br>(701) 237-3166 |
| Pamela Mullis, Esq.<br>The Mullis Law Firm<br>1229 Elmwood Ave | Glen W. Neeley, Esq.<br>Attorney at Law, P.C.<br>863 25th St. |

5

*Plaintiffs' Motion for Imposition of Sanctions Against Fatima Andrews and Her Counsels*
*John Pentz and Edward Cochran*

| | |
|---|---|
| Columbia, SC 29201 | Ogden, UT 84001 |
| (803) 799-9577 | (801) 612-1511 |
| | |
| Gary S. Nitsche, Esq. | D. Michael Noonan, Esq. |
| Weik, Nitsche, Dougherty | Shaheen & Gordon, P.A. |
| 1300 N. Grant Ave, Suite 101 | 140 Washington Street |
| Wilmington, DE 19899 | P.O. Box 977 |
| (302) 655-4040 | Dover, NH 03821 |
| | (603) 749-5000 |
| | |
| Raymond A. Pacia, Esq. | Jeffrey M. Padwa, Esq. |
| Attorney At Law, LTD | Padwa Law |
| 50 Power Road | 303 Jefferson Blvd. |
| Pawtucket, RI 02860 | Warwick, RI 02888 |
| (401) 727-2242 | (401) 921-4800 |
| | |
| Arthur Y. Park, Esq. | Wayne D. Parsons, Esq. |
| Laurent J. Remillard, Jr., Esq. | Wayne D. Parsons Law Offices |
| John C. McLaren, Esq. | Dillingham Business Center |
| Park Park & Remillard | Suite 201C |
| 707 Richards Street | 1406 Colburn Street |
| Suite 500 | Honolulu, HI 96817 |
| Honolulu, HI 96813 | (808) 845-2211 |
| (808) 536-3905 | |
| | |
| John Rausch, Esq. | Dan Rausher, Esq. |
| P.O. Box 905 | Attorney at Law |
| Waterloo, IA 50704 | 26 Court Street |
| (319) 233-3557 | Suite 1604 |
| | Brooklyn, New York 11242 |
| | (718) 596-7333 |
| | |
| Dirk A. Ravenholt | Thomas R. Ricci, Esq. |
| RAVENHOLT & ASSOCIATES | Law Office of Thomas R. Ricci |
| 2013 Alta Drive, Las Vegas, Nevada 89106 | 303 Jefferson Blvd. |
| (702) 647-0110 | Warwick, RI 02888 |
| | (401) 921-4800 |
| Fred Schultz, Esq. | Cynthia K. Smith, Esq. |
| Greene & Schultz | Jasper Smith Olson, P.C. |
| Showers Plaza | 202 W. Spruce St. |
| 320 W. 8th Street | P.O. Box 7785 |
| Suite 100 | Missoula, MT 59807 |
| Bloomington, IN 47404 | (406) 541-7177 |
| (812) 336-4357 | |
| | |
| Stephen M. Smith, Esq. | Laurence W. Stinson, Esq. |

6

*Plaintiffs' Motion for Imposition of Sanctions Against Fatima Andrews and Her Counsels*
*John Pentz and Edward Cochran*

| | |
|---|---|
| Joseph Smith Ltd.<br>2100 Kecoughtan Road<br>Hampton, VA 23661-0437<br>(757) 244- 7000 | Bradley D. Bonner, Esq.<br>Bonner Stinson, P.C.<br>P.O. Box 799<br>128 East Second Street<br>Powell, WY 82435<br>(307) 754-4950 |
| Mark Tate, Esq.<br>Tate Law Group, LLC<br>2 East Bryan Street<br>Suite 600<br>Savannah, GA 31401<br>(912) 234-3030 | Jill P. Telfer, Esq.<br>Law Offices of Jill P. Telfer<br>331 J. Street, Ste. 200<br>Sacramento, CA 95814<br>(916) 446-1916 |
| Matthew Tobin, Esq.<br>201 S. Phillips Avenue<br>Suite 200<br>Sioux Falls, SD 57104<br>605-366-9715 | Jay A. Urban, Esq.<br>Urban & Taylor S.C.<br>4701 North Port Washington Road<br>Milwaukee, WI 53212<br>(414) 906-1700 |
| Ernest Warren, Jr., Esq.<br>Walker Warren & Watkins<br>838 SW First Avenue<br>Suite 500<br>Portland, OR 97204<br>(503) 228-6655 | Christopher P. Welsh, Esq.<br>James R. Welsh, Esq.<br>Welsh & Welsh, P.C. L.L.O.<br>9290 West Dodge Road<br>100 The Mark<br>Omaha, Nebraska, 68114<br>(402) 384-8160 |

7

*Plaintiffs' Motion for Imposition of Sanctions Against Fatima Andrews and Her Counsels*
*John Pentz and Edward Cochran*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2010, a copy of the foregoing ***Plaintiffs' Motion for Imposition of Sanctions Against Objector Fatima Andrews and Her Counsels John Pentz and Edward Cochran*** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Robert J. Bonsignore<br>Robert J. Bonsignore

8

*Plaintiffs' Motion for Imposition of Sanctions Against Fatima Andrews and Her Counsels*
*John Pentz and Edward Cochran*