**EDWARD F. SIEGEL**
*ATTORNEY AT LAW*
27600 CHAGRIN BLVD., SUITE 340
WOODMERE, OHIO 44122
TEL:  (216) 831-3424
FAX:  (216) 831-6584
Email:  efsiegel@efs-law.com

February 12, 2010

Via E-MAIL

Hon. Phillip M. Pro
C/O Donna Andrews
donna_andrews@nvd.uscourts.gov
US District Court for the District of Nevada
Lloyd D. George US Courthouse, 1st floor
333 Las Vegas Blvd., South
Las Vegas, NV  89101-7065

  Re: In re Wal-Mart Wage and Hour Employment Practices Litigation, MDL 1735

Dear Judge Pro:

  I am in receipt of letters from Class counsel Ms. Burton and Objector/Appellant's counsel Mr. Pentz concerning a hearing on the Appeal Bond Motions.

  I concur with Mr. Pentz that a hearing should be scheduled no earlier than March 2010 so that all pending motions for Appeal Bonds can be heard at the same time.

        Very truly yours,

        /s/ Edward F. Siegel

        Edward F. Siegel

EFS/le
CC: All counsel of record