LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
California Bar No. 207026
**LAW OFFICE OF LISA RASMUSSEN, ESQ.**
616 South 8th Street
Las Vegas, NV 89101
Tel. (702) 471-6565
Fax. (702) 471-6540
Lisa@LRasmussenLaw.com
Local Counsel for Jessica Gaona, Objector

EDWARD F. SIEGEL
Law Office of Edward F. Siegel
27600 Chagrin Blvd.
Cleveland, OH 44122
Tel. (216) 831-3424
Fax. (216) 831-6584
efiegel@efs-law.com
Counsel for Deborah Maddox, Objector

JOHN PENTZ
2 Clock Tower Place
Maynard, MA 01754
Tel. (978) 461-1548
Clasaxn@earthlink.net
Counsel for Fatima Andrews, Objector

Edward W. Cochran
Cochran & Cochran
20030 Marchmont Road
Shaker Heights, OH 44122
Counsel for Stephanie Swift, Objector

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | MDL - 1735 |
| WAL-MART Wage and Hour Employment Practices Litigation | 02:06-cv-225 PMP (PAL) |
| _____ | |
| THIS DOCUMENT RELATES TO: | |
|     All Cases. | |

Motion

**APPELLANTS JESSICA LYNN GAONA, STEPHANIE SWIFT, DEBORAH MADDOX AND FATIMA ANDREWS JOINT MOTION TO VACATE THE SHOW CAUSE HEARING SCHEDULE FOR MAY 18, 2010**

This Court has scheduled a show cause hearing for May 18, 2010 related to an appeal bond order. Appellants have appealed that Order. Appellants contend that not only does this Court's bond order violate the rule of law in this Circuit as stated in *Azizian v. Federated Dept. Stores, Inc.*, 499 F.3d 950 (9th Cir. 2007), but that this Court is also without jurisdiction to proceed on May 18, 2010. Attached as *Exhibit A* hereto is Appellants' motion for emergency relief filed with the Ninth Circuit.

**CONCLUSION**

As set forth above, Appellants request that this Court vacate its order setting a show cause hearing for May 18, 2010 and take no further action with respect to its Order setting an appellate bond and for such other and further relief to which movants may be justly entitled.

Respectfully submitted:

By:   */s/ Lisa A. Rasmussen*
Lisa A. Rasmussen, Esq.
Nevada State Bar No. 7491
LAW OFFICE OF LISA RASMUSSEN, P.C.
616 South 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 471-1436
Facsimile: (702) 471-6540
LISA@LRASMUSSENLAW.COM
**ATTORNEYS FOR JESSICA LYNN GAONA**

Edward F. Siegel
Law Office of Edward F. Siegel
27600 Chagrin Blvd.
Cleveland, OH 44122
Telephone: (216) 831-3424
Facsimile: (216) 831-6584
efiegel@efs-law.com
**ATTORNEYS FOR DEBORAH MADDOX**

Motion - 2 -

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | John Pentz |
| | 2 Clock Tower Place |
| 4 | Maynard, MA 01754 |
| 5 | Telephone: (978) 461-1548 |
| | Clasaxn@earthlink.net |
| 6 | **ATTORNEYS FOR FATIMA ANDREWS** |
| 7 | |
| 8 | Edward W. Cochran |
| | Cochran & Cochran |
| 9 | 20030 Marchmont Road |
| 10 | Shaker Heights, OH 44122 |
| | **ATTORNEYS FOR STEPHANIE SWIFT** |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties registered for electronic filing in this action, on this the 11th day of May 2010.

Clerk of the Court
United States District Court for the District of Nevada
Lloyd D. George United States Courthouse, 1st Floor
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101-7065

**Co-Lead Class Counsel**
Robert J. Bonsignore, Esq.
BONISGNORE & BREWER
23 Forest Street
Medford, MA 02155

**Co-Lead Class Counsel**
Carolyn Beasley Burton, Esq.
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Ste. Two
San Rafael, CA 94903

**Wal-Mart Class Counsel**
Naomi Beer, Esq.
GREENBERG TRAURIG
1200 17th Street, Ste. 2400
Denver, CO 80202

/s/ Lisa A. Rasmussen

Lisa A. Rasmussen, Esq.