UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION. | MDL 1735 |
| | 2:06-CV-00225-PMP-PAL |
| AND ALL RELATED CASES. | <u>O R D E R</u> |

Before the Court is Appellants Jessica Lynn Gaona, Stephanie Swift, Deborah Maddox and Fatima Andrews' Joint Motion to Vacate the Show Cause Hearing Scheduled for May 18, 2010 (Doc. #622). The Court finds no hearing on Appellants' motion is necessary and that it should be denied. "Absent a stay, 'all orders and judgments of courts must be complied with promptly.'" <u>Donovan v. Mazzola</u>, 716 F.2d 1226, 1240 (9th Cir. 1983) (quoting <u>Maness v. Meyers</u>, 419 U.S. 449, 458 (1975)). "If the appellants believed that the district court incorrectly issued an order, their remedy was to appeal and request a stay pending the appeal." <u>In re Crystal Palace Gambling Hall, Inc.</u>, 817 F.2d 1361, 1365 (9th Cir. 1987). A district court retains jurisdiction to supervise and enforce its own order if the order is not stayed pending appeal and no bond is filed. <u>Island Creek Coal Sales Co. v. City of Gainesville, Fla.</u>, 764 F.2d 437, 440 (6th Cir. 1985). As stated by the United States Court of Appeals for the Fifth Circuit, "a court maintains continuing jurisdiction to enforce a judgment. Until the judgment has been properly stayed or superseded, the district court may enforce it through contempt sanctions." <u>U.S. v. Revie</u>, 834 F.2d 1198, 1205 (5th Cir. 1987).

///

1    IT IS THEREFORE ORDERED that Appellants Jessica Lynn Gaona, Stephanie
2 Swift, Deborah Maddox and Fatima Andrews' Joint Motion to Vacate the Show Cause
3 Hearing Scheduled for May 18, 2010 (Doc. #622) is hereby DENIED without prejudice to
4 Appellants seeking relief before the United States Court of Appeals for the Ninth Circuit.

6 DATED: May 12, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　United States District Judge