LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
California Bar No. 207026
**LAW OFFICE OF LISA RASMUSSEN, ESQ.**
616 South 8th Street
Las Vegas, NV 89101
Tel. (702) 471-6565
Fax. (702) 471-6540
Lisa@LRasmussenLaw.com
Local Counsel for Jessica Gaona, Objector

EDWARD F. SIEGEL
Law Office of Edward F. Siegel
27600 Chagrin Blvd.
Cleveland, OH 44122
Tel. (216) 831-3424
Fax. (216) 831-6584
efiegel@efs-law.com
Counsel for Deborah Maddox, Objector

JOHN PENTZ
2 Clock Tower Place
Maynard, MA 01754
Tel. (978) 461-1548
Clasaxn@earthlink.net
Counsel for Fatima Andrews, Objector

Edward W. Cochran
Cochran & Cochran
20030 Marchmont Road
Shaker Heights, OH 44122
Counsel for Stephanie Swift, Objector

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>WAL-MART Wage and Hour<br>Employment Practices Litigation<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases. | MDL - 1735<br><br>02:06-cv-225 PMP (PAL)<br><br>**DECLARATION OF LISA A.**<br>**RASMUSSEN IN SUPPORT OF**<br>**MOTION FOR STAY, AND MOTION**<br>**TO CONTINUE HEARING** |

Declaration

I, LISA A. RASMUSSEN, hereby declare, under penalty of perjury pursuant to the laws of the State of Nevada and pursuant to 18 U.S.C., Section 1746, as follows:

1. I am an attorney licensed to practice before this Court and before all courts in the State of Nevada.

2. I am local counsel for Objector Jessica Gaona in the above-entitled action.

3. This Court entered a minute order on May 7, 2010, scheduling an Order to Show Cause hearing regarding compliance with its March 8, 2010 bond order.

4. The hearing is scheduled for May 18, 2010 and no written motion precipitated the setting of the May 18, 2010 hearing date.

5. I am unable to be present before this Court on May 18, 2010 at 1:30 p.m. because I have a previously scheduled court appearance in Pahrump Justice Court located in Pahrump Nevada.

6. I represent Lonyell Walker in *State of Nevada vs. Eugene Harris, et al*, a felony fraud case involving approximately 34 defendants in the Fifth Judicial District, State of Nevada.

7. The *Harris* case was filed in October 2009. The parties have proceeded in groups of approximately 9 or ten people, to preliminary hearing. My group started the preliminary hearing in December 2009. We returned for a status hearing in January 2010. We continued with the preliminary hearing and the State's witnesses in March 2010. The remainder of the hearing was rescheduled for May 18, 2010 and May 19, 2010 if necessary. I anticipate the hearing to last beyond the morning session and into the afternoon session. Unfortunately, since there are so many counsel and the hearing was scheduled so long ago, I am unable to change the time set for the hearing. My client is charged with eight felonies and it is imperative that I be present at the preliminary hearing as she has a Sixth Amendment right to counsel.

8. It is also important that I appear before this Court on an order to show cause hearing. I simply cannot be present in two places at one time.

Declaration - 2 -

9.    For this reason, I would respectfully request that the hearing date of May 18, 2010 be continued to another date if this Court elects to go forward with the hearing.

10.   I am also advising this Court that I have a trial scheduled to commence on May 24, 2010 before this Court in Reno.  I am counsel in *In re: USA Commercial Mortgage Company*, 2:07-cv-0892 RCJ.  That trial is supposed to last a total of three weeks and as a result, I will be in Reno from approximately May 21, 2010 to June 13, 2010.

Executed this 13th day of May, 2010, at Las Vegas, Nevada.

_____
LISA A. RASMUSSEN, ESQ.

Declaration - 3 -

Case 2:06-cv-00225-PMP-PAL   Document 627   Filed 05/13/10   Page 4 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **DECLARATION OF LISA A. RASMUSSEN IN SUPPORT OF MOTION FOR STAY, AND MOTION TO CONTINUE HEARING**

has been served via CM/ECF upon the following persons, on this 13th day of May, 2010:

**Co-Lead Class Counsel**

Robert J. Bonsignore, Esq.                rbonsignore@bandblaw.net

**Co-Lead Class Counsel**

Carolyn Beasley Burton, Esq.              cbeasley@beasleylawgroup.biz

& Counsel for Plaintiff Nancy Hall

**Wal-Mart Class Counsel**

Naomi Beer, Esq.                          beern@gtlaw.com

*/s/ Lisa A. Rasmussen*

_____

Lisa A. Rasmussen, Esq.

Declaration - 4 -