UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION. | MDL 1735 <br><br> 2:06-CV-00225-PMP-PAL |
| AND ALL RELATED CASES. | O R D E R |

Having read and considered the Motion of Co-Lead Counsel Carolyn Beasley Burton to File Under Seal, for <u>In Camera</u> Review, Motion to Disqualify Layn R. Phillips as the Fee Arbitrator and to Enjoin Him From Exercising Arbitral Authority Without Leave of Court (Doc. #646), the responses by Defendant Wal-Mart (Doc. #650) and Objectors Stephanie Swift, Fatima Andrews, Deborah Maddox, and Jessica Goana (Doc. #648), and Co-Lead Counsel Carolyn Beasley Burton's reply (Doc. #649), and good cause appearing,

IT IS ORDERED that Motion of Co-Lead Counsel Carolyn Beasley Burton to File Under Seal, for <u>In Camera</u> Review, Motion to Disqualify Layn R. Phillips as the Fee Arbitrator and to Enjoin Him From Exercising Arbitral Authority Without Leave of Court (Doc. #646) is hereby GRANTED.

IT IS FURTHER ORDERED that Co-Lead Counsel Carolyn Beasley Burton immediately shall provide copies of the motion to disqualify and supporting documents to Plaintiffs' co-counsel only.

IT IS FURTHER ORDERED that Plaintiffs' co-counsel shall file any responses to Co-Lead Counsel Carolyn Beasley Burton's motion to disqualify on or before June 23, 2010.

///

IT IS FURTHER ORDERED that the Court will hold a hearing on Co-Lead Counsel Carolyn Beasley Burton's Motion to Disqualify Layn R. Phillips as the Fee Arbitrator and to Enjoin Him from Exercising Arbitral Authority Without Leave of Court on Friday, June 25, 2010 at 1:30 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED: June 14, 2010

_____
PHILIP M. PRO
United States District Judge

2