UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

IN RE: WAL-MART WAGE AND HOUR ) MDL 1735
EMPLOYMENT PRACTICES )
LITIGATION. ) 2:06-CV-00225-PMP-PAL
) 
) O R D E R
AND ALL RELATED CASES. )

Having read and considered the Unopposed Ex Parte Motion to File Under Seal, for In Camera Review, Notice of Opinion and Order and Declaration Issued by Honorable Layn R. Phillips (Doc. #656), and good cause appearing,

IT IS ORDERED that the Unopposed Ex Parte Motion to File Under Seal, for In Camera Review, Notice of Opinion and Order and Declaration Issued by Honorable Layn R. Phillips (Doc. #656) is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall submit the referenced documents to chambers for in camera review.

DATED: June 17, 2010

_____
PHILIP M. PRO
United States District Judge