UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | **MDL 1735** <br><br> **Docket No**. 2:06-CV-00225-PMP-PAL (BASE FILE) |
| THIS DOCUMENT RELATES TO ALL CASES EXCEPT KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | |

# [PROPOSED] ORDER

WITH GOOD CAUSE APPEARING THEREFORE, the Court hereby GRANTS the request of Liaison Counsel Carol P. LaPlant to file *ex parte* and *in camera* the Joinder of Liaison Counsel Carol P. LaPlant in Co-Lead Counsel Carolyn Beasley Burton's Motion to Disqualify Layn R. Phillips as the Fee Arbitrator and to Enjoin Him from Exercising Arbitral Authority without Leave of Court, and her Declaration in Support thereof.

The Clerk is hereby instructed to file said papers under seal for *in camera* review by the Court.

IT IS SO ORDERED.

Dated: June 25, 2010.

_____
HON. PHILLIP M. PRO
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER