UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION. | ) ) ) ) ) ) ) ) ) | MDL 1735<br><br>2:06-CV-00225-PMP-PAL<br><br>ORDER |
|---|---|---|
| AND ALL RELATED CASES. | | |

On December 27, 2010, the Court received the attached letter from Claimant Sean Felder. The letter is self-explanatory.

**IT IS ORDERED** that Mr. Felder's letter is referred to counsel for Plaintiff for purposes of providing an appropriate response to Mr. Felder.

DATED: December 29, 2010.

PHILIP M. PRO
United States District Judge

2:06CV225

DEC 27 P 12: 23

12/19/10

To: Clerk of The Court
From: Sean Felder (REF # 0000 0002 454 1557) vs Walmart

How are you? My name is Sean Felder and what is the status of the Walmart Class Action Lawsuit?

Has a settlement been reached plus what is the settlement checks be distributed?

How much will I be entitled to and I'm seeking over $1,000? I worked at Jonesboro, Georgia at 6605 Jonesboro Rd from June 2000 Til June 2001. I was a overnight stocker and was let go from Wrongful Termination.

C'mon now Walmart is a big time retail store so they should've distributed the money a long time ago so what's the hold up?

I want my money so please inform me when I will obtain my settlement money?

Happy Holidays!

claimant
Sean Felder

Sean Felder
2579 D 8Th Ave
Harlem NY 10030

NEW YORK NY 100
21 DEC 2010 PM 3 T

United States District Court of Nevada
333 Las Vegas Blvd South (LSRC)
ATT: Clerk of The Court
Las Vegas, Nevada 89101-7065