# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICE LITIGATION | **MDL 1735** |
| THIS DOCUMENT RELATES TO ALL CASES EXCEPT KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | 2:06-CV-00225-PMP-PAL (BASE FILE) |

## NOTICE OF ALLOCATION ORDER AND REQUEST FOR COURT ORDER INSTRUCTING CLAIMS ADMINISTRATOR TO RELEASE PAYMENT OF ATTORNEYS' FEES TO PLAINTIFFS' CLASS COUNSELS

COME NOW Class Counsel and Co-Lead Counsel Robert Bonsignore and provide notice relating to this Court's prior order directing an aggregate payment in the amount of $28,233,050.00 be paid to Plaintiffs' Class Counsel in attorneys' fees. On January 10, 2011 in accordance with Paragraph 22.9 of the Settlement Agreement as approved and adopted by this Court, the Hon. Layn Phillips (ret.) allocated attorney fees. The undersigned advance that no just reason exists for the Claims Administrator to hold those funds and that it should be ordered to disburse payment forthwith.

   1.   On November 2, 2009, this Court entered an Order granting Plaintiffs' Motion for Final Approval of Settlement, Entry of Final Judgment, and Award of Attorneys' Fees, Expenses and Plaintiffs' Incentive Payments.  *See* Docket no. 491.

1

*Notice of Allocation Order and Request for Court Order Instructing Claims Administrator to Release Payment of Attorney Fees to Plaintiffs' Class Counsels*

2. On November 20, 2009, this Court awarded for future allocation a gross fee award of $28,233,050.00 fee to Plaintiffs' Class Counsel. *See* Docket no. 520. Any challenge by Plaintiffs' Counsel to this allocation was referred to the Hon. Layn R. Phillips pursuant to Paragraph 22.9 of the Settlement Agreement, as approved and adopted by this Court.

3. On September 15, 2010, this court entered its Order on Mandate that all appeals be dismissed. *See* Docket no. 706.

4. Pursuant to the terms of the Settlement Agreement, the Effective Settlement Date was September 25, 2010.

5. At the request of all Plaintiffs' Counsels, the Hon. Layn R. Phillips issued his allocation pursuant to Section 22.9 of the Settlement Agreement on January 10, 2011. On or about that date, Co-Lead Robert J. Bonsignore notified Plaintiffs' Counsel of the allocation. Co-Lead Carolyn Beasley Burton was likewise instructed to provide a copy of the opinion and order to Class Counsel. All Class Counsels have been notified, as has Wal-Mart Stores, Inc.

WHEREAS, no just cause exists to further delay the issuance of payment, Class Counsel and Co-Lead Counsel Robert Bonsignore move this Court to order the Claims Administrator to disburse payment without delay.

Respectfully submitted this 26th day of January 2011.

**Co-Lead Counsel:**

/s/  Robert J. Bonsignore
Robert J. Bonsignore

**Class Counsel:**
**State:**

2

| | | | |
|---|---|---|---|
| Alabama | /s/  G. Courtney French | | |
| | G. Courtney French | | |
| | | | |
| Alaska | /s/  Mark C. Choate | | |
| | Mark C. Choate | | |
| | | | |
| Arkansas | /s/  R. Deryl Edwards | | |
| | R. Deryl Edwards | | |
| | | | |
| Connecticut | /s/  Robert J. Bonsignore | /s/  Robin E. Brewer | |
| | Robert J. Bonsignore | Robin E. Brewer | |
| | | | |
| | /s/  Nicole Vamosi | /s/  Julie Baker | |
| | Nicole Vamosi | Julie Baker | |
| | | | |
| | /s/  Richard Kirchner | /s/  Kelly Elam | |
| | Richard Kirchner | Kelly Elam | |
| | | | |
| Delaware | /s/  Gary S. Nitsche | | |
| | Gary S. Nitsche | | |
| | | | |
| Georgia | /s/  Mark A. Tate | /s/  Robert J. Bonsignore | |
| | Mark A. Tate | Robert J. Bonsignore | |
| | | | |
| Hawaii | /s/  Wayne D. Parsons | /s/  Arthur Y. Park | |
| | Wayne D. Parsons | Arthur Y. Park | |

3

*Notice of Allocation Order and Request for Court Order Instructing Claims Administrator to Release Payment of Attorney Fees to Plaintiffs' Class Counsels*

|   |   |   |   |
|---|---|---|---|
|   | /s/ Laurent J. Remillard, Jr. | /s/ John C. McLaren |
|   | Laurent J. Remillard, Jr. | John C. McLaren |
| Idaho | /s/ Paul C. EchoHawk |   |
|   | Paul C. EchoHawk |   |
| Louisiana | /s/ Vincent Glorioso III |   |
|   | Vincent Glorioso III |   |
| Maine | /s/ Ivy L. Frignoca |   |
|   | Ivy L. Frignoca |   |
| Maryland | /s/ Donald S. Goldbloom |   |
|   | Donald S. Goldbloom |   |
| Michigan | /s/ Daniel D. Ambrose |   |
|   | Daniel D. Ambrose |   |
| Montana | /s/ Cynthia K. Smith |   |
|   | Cynthia K. Smith |   |
| Nebraska | /s/ Christopher P. Welsh |   |
|   | Christopher P. Welsh |   |
| Nevada | /s/ Dirk A. Ravenholt |   |
|   | Dirk A. Ravenholt |   |
| New Hampshire | /s/ D. Michael Noonan |   |

4

*Notice of Allocation Order and Request for Court Order Instructing Claims Administrator to Release Payment of Attorney Fees to Plaintiffs' Class Counsels*

|    |                |                          |                          |
|----|----------------|--------------------------|--------------------------|
| 1  |                | D. Michael Noonan        |                          |
| 2  |                |                          |                          |
| 3  | North Carolina | /s/  Craig O. Asbill     |                          |
| 4  |                | Craig O. Asbill          |                          |
| 5  |                |                          |                          |
| 6  | North Dakota   | /s/  Franklin D. Azar    | /s/  Rodney P. Bridgers  |
| 7  |                | Franklin D. Azar         | Rodney P. Bridgers       |
| 8  |                |                          |                          |
| 9  |                | /s/  Nathan J. Axvig     |                          |
| 10 |                | Nathan J. Axvig          |                          |
| 11 |                |                          |                          |
| 12 | Ohio           | /s/  J. Thomas Henretta  |                          |
| 13 |                | J. Thomas Henretta       |                          |
| 14 |                |                          |                          |
| 15 | Oregon         | /s/  Ernest Warren, Jr.  |                          |
| 16 |                | Ernest Warren, Jr.       |                          |
| 17 |                |                          |                          |
| 18 | Rhode Island   | /s/  Jeffrey M. Padwa    |                          |
| 19 |                | Jeffrey M. Padwa         |                          |
| 20 |                |                          |                          |
| 21 | South Carolina | /s/  Pamela Mullis       |                          |
| 22 |                | Pamela Mullis            |                          |
| 23 |                |                          |                          |
| 24 | South Dakota   | /s/  Matthew Tobin       |                          |
| 25 |                | Matthew Tobin            |                          |
| 26 |                |                          |                          |
| 27 | Texas          | /s/  Thomas H. Johnson   |                          |
| 28 |                | Thomas H. Johnson        |                          |

*Notice of Allocation Order and Request for Court Order Instructing Claims Administrator to Release Payment of Attorney Fees to Plaintiffs' Class Counsels*

| | | |
|---|---|---|
| Utah | /s/  Glen W. Neeley | |
| | Glen W. Neeley | |
| Virginia | /s/  Stephen M. Smith | |
| | Stephen M. Smith | |
| West Virginia | /s/  Troy N. Giatras | |
| | Troy N. Giatras | |
| Wisconsin | /s/  Jay A. Urban | |
| | Jay A. Urban | |
| Wyoming | /s/  Laurence W. Stinson | |
| | Laurence W. Stinson | |
| Puerto Rico | /s/  Fred Schultz | |
| | Fred Schultz | |

6

*Notice of Allocation Order and Request for Court Order Instructing Claims Administrator to Release Payment of Attorney Fees to Plaintiffs' Class Counsels*

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2011, a copy of the foregoing *Notice of Allocation Order and Request for Court Order Instructing Claims Administrator to Release Payment of Attorneys' Fees to Plaintiffs' Class Counsels* was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Robert J. Bonsignore
Robert J. Bonsignore

7

*Notice of Allocation Order and Request for Court Order Instructing Claims Administrator to Release Payment of Attorney Fees to Plaintiffs' Class Counsels*