IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICE LITIGATION | **MDL 1735** <br><br> 2:06-CV-00225-PMP-PAL <br> (BASE FILE) |
| THIS DOCUMENT RELATES TO ALL CASES EXCEPT <br> KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | |

# [PROPOSED] ORDER ON STIPULATION DIRECTING DISBURSEMENT OF ATTORNEYS' FEES TO CLASS COUNSEL

This matter is before the Court upon the notice of Co-Lead Counsel Robert J. Bonsignore and Class Counsels that a fee allocation order was issued by the Hon. Layn Phillips on January 10, 2011. To the extent that it is required, this Court authorizes and directs disbursement and payment of the attorneys' fees and costs pursuant to Section 8.12.2 of the Settlement Agreement and this Court's related orders dated November 2, 2010 (#491) and November 20, 2011 (#520).

1. On November 2, 2009, the Court entered an Order granting Plaintiffs' Motion for Final Approval of Settlement, Entry of Final Judgment, and Award of Attorneys' Fees, Expenses and Plaintiffs' Incentive Payments.  *See* Docket no. 491.

2. On November 20, 2009, this Court awarded for future allocation a gross fee award of $28,233,050.00 fee to Plaintiffs' Class Counsel.  *See* Docket no. 520.  Any challenge

by Plaintiffs' Counsel to this allocation was referred to the Hon. Layn R. Phillips (ret.) pursuant to Paragraph 22.9 of the Settlement Agreement as approved and adopted by this Court.

3. On September 15, 2010, this Court entered its order on Mandate that all appeals were dismissed. *See* Docket no. 706.

4. Pursuant to the terms of the Settlement Agreement, the Effective Settlement Date is September 25, 2010.

5. On January 10, 2011, Hon. Layn R. Phillips issued his final Opinion and Order on the Allocation of Attorney fees.

6. On January 10, 2011, Co-Lead Counsel caused all Plaintiffs' Counsel to be notified of the allocation order of the Hon. Layn Phillips. Defendant Wal-Mart also received notice of the fact the Order was issued.

7. Paragraph 22.9 of the Settlement Agreement that was approved by this Court was given the full and binding effect of a Court Order. It states in relevant part that the award of attorney fees is binding and non appealable.

IT IS THEREFORE DECREED that no just cause exists so as to further delay the issuance of funds and attorneys fees and costs are to be disbursed forthwith by the Settlement Administrator upon entry of this order.

Dated this _____ day of January 2011.

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE