Robert J. Bonsignore (BBO # 547880)
BONSIGNORE & BREWER
193 Plummer Hill Road
Belmont, New Hampshire 03220
Telephone: (781) 350-0000
Facsimile: (781) 391-9496
Email: rbonsignore@classactions.us
Co-Lead Counsel for Plaintiffs

Other signatories appear below

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICE LITIGATION | **MDL 1735**<br>2:06-CV-00225-PMP-PAL<br>(BASE FILE) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS EXCEPT KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY | |

**MOTION FOR HEARING**

Co-Lead Counsel, Robert Bonsignore, together with the undersigned counsel, hereby requests a hearing date, to the extent a hearing is helpful to the Court, on all pending motions. Neither party requested a hearing.  Pending motions include the following:

1. Ex Parte Motion to File Under Seal, For In Camera Review, Notice of Opinion and Order Issued by Honorable Layn R. Phillips.  Docket no. 732.

2. Notice by In Re MDL 1735 of Allocation Order and Request for Court Order Instructing Claims Administrator to Release Payment of Attorney Fees to Plaintiff's Class Counsel.  Docket no. 722.

3. Motion to Strike the Opposition to Motion for Allocation and Suggestions in Support.  Docket no. 731.

4. Reply to the Mills Group's Opposition to Motion to Strike the Opposition to Request for Order Approving the Allocation Order of the Fee Arbitrator.  Docket no. 734.

Wherefore, Robert Bonsignore together with the undersigned counsel pray that these matters be set for hearing at the Court's earliest convenience or that the arbitrators' order be confirmed as required by 9 USC Section 9 and for such other relief as the court deems just and proper.

**Respectfully submitted 11th day of March 2011**

**Co-Lead Counsel:**

/s/  Robert J. Bonsignore

Robert J. Bonsignore

**Class Counsel:**
**State:**

| | | |
|---|---|---|
| Alabama | /s/  G. Courtney French<br>G. Courtney French | |
| Alaska | /s/  Mark C. Choate<br>Mark C. Choate | |
| Arkansas | /s/  R. Deryl Edwards<br>R. Deryl Edwards | |
| Connecticut | /s/  Robert J. Bonsignore<br>Robert J. Bonsignore | /s/  Robin E. Brewer<br>Robin E. Brewer |
| | /s/  Nicole Vamosi<br>Nicole Vamosi | /s/  Julie Baker<br>Julie Baker |
| | /s/  Richard Kirchner<br>Richard Kirchner | /s/  Kelly Elam<br>Kelly Elam |
| Delaware | /s/  Gary S. Nitsche<br>Gary S. Nitsche | |
| Georgia | /s/  Mark A. Tate<br>Mark A. Tate | /s/  Robert J. Bonsignore<br>Robert J. Bonsignore |
| Hawaii | /s/  Wayne D. Parsons<br>Wayne D. Parsons | /s/  Arthur Y. Park<br>Arthur Y. Park |
| | /s/  Laurent J. Remillard, Jr.<br>Laurent J. Remillard, Jr. | /s/  John C. McLaren<br>John C. McLaren |
| Idaho | /s/  Paul C. EchoHawk<br>Paul C. EchoHawk | |
| Louisiana | /s/  Vincent Glorioso III<br>Vincent Glorioso III | |
| Maine | /s/  Ivy L. Frignoca<br>Ivy L. Frignoca | |
| Maryland | /s/  Donald S. Goldbloom<br>Donald S. Goldbloom | |
| Michigan | /s/  Daniel D. Ambrose | |

|    |                  |                          |                          |
|----|------------------|--------------------------|--------------------------|
| 1  |                  | Daniel D. Ambrose        |                          |
| 2  | Montana          | /s/  Cynthia K. Smith    |                          |
| 3  |                  | Cynthia K. Smith         |                          |
| 4  | Nebraska         | /s/  Christopher P. Welsh |                         |
| 5  |                  | Christopher P. Welsh     |                          |
| 6  | Nevada           | /s/  Dirk A. Ravenholt   |                          |
| 7  |                  | Dirk A. Ravenholt        |                          |
| 8  | New Hampshire    | /s/  D. Michael Noonan   |                          |
| 9  |                  | D. Michael Noonan        |                          |
| 10 | North Carolina   | /s/  Craig O. Asbill     |                          |
| 11 |                  | Craig O. Asbill          |                          |
| 12 | North Dakota     | /s/  Franklin D. Azar    | /s/  Rodney P. Bridgers  |
| 13 |                  | Franklin D. Azar         | Rodney P. Bridgers       |
| 14 |                  | /s/  Nathan J. Axvig     |                          |
| 15 |                  | Nathan J. Axvig          |                          |
| 16 | Ohio             | /s/  J. Thomas Henretta  |                          |
|    |                  | J. Thomas Henretta       |                          |
| 17 | Oregon           | /s/  Ernest Warren, Jr.  |                          |
| 18 |                  | Ernest Warren, Jr.       |                          |
| 19 | Rhode Island     | /s/  Jeffrey M. Padwa    |                          |
| 20 |                  | Jeffrey M. Padwa         |                          |
| 21 | South Carolina   | /s/  Pamela Mullis       |                          |
| 22 |                  | Pamela Mullis            |                          |
| 23 | South Dakota     | /s/  Matthew Tobin       |                          |
| 24 |                  | Matthew Tobin            |                          |
| 25 | Texas            | /s/  Thomas H. Johnson   |                          |
| 26 |                  | Thomas H. Johnson        |                          |
| 27 | Utah             | /s/  Glen W. Neeley      |                          |
|    |                  | Glen W. Neeley           |                          |
| 28 | Virginia         | /s/  Stephen M. Smith    |                          |

|  |  |  |
|---|---|---|
| 1 |  | Stephen M. Smith |
| 2 | West Virginia | /s/  Troy N. Giatras |
| 3 |  | Troy N. Giatras |
| 4 | Wisconsin | /s/  Jay A. Urban |
| 5 |  | Jay A. Urban |
| 6 | Wyoming | /s/  Laurence W. Stinson |
| 7 |  | Laurence W. Stinson |
| 8 | Puerto Rico | /s/  Fred Schultz |
|  |  | Fred Schultz |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2011, a copy of the foregoing ***Motion for Hearing*** to the Extent Necessary was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Robert J. Bonsignore
Robert J. Bonsignore