1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION** | **MDL 1735** |
| | **Docket No**. 2:06-CV-00225-PMP-PAL (BASE FILE) |
| **THIS DOCUMENT RELATES TO ALL CASES EXCEPT KING v. WAL-MART STORES, INC., CASE NO. 07-1486-WY** | |

**ERRATA TO EXHIBITS ATTACHED TO DECLARATION OF CAROLYN BEASLEY BURTON IN SUPPORT OF MOTION TO VACATE THE ARBITRATOR'S RULING AND IN OPPOSITION TO MOTION FOR CONFIRMATION OF THE RULING**

1

PLEASE TAKE NOTICE that several exhibits were inadvertently omitted or mislabeled in the Declaration of Carolyn Beasley Burton filed with this Court on April 11, 2011.  The following corrections are being made herewith to fix these errors.

| | | |
|---|---|---|
| **I.** | Exhibits 3A-F: | Exhibits were inadvertently omitted and are attached hereto. |
| **II.** | Exhibit 33-B: | Several pages were inadvertently omitted and are attached hereto. |
| **III.** | Exhibit 34: | Exhibit 34-C was mistakenly identified as Exhibit 34-B. |
| **IV.** | Exhibit 36: | Several pages were inadvertently omitted and are attached hereto. |
| **V.** | Exhibit 41-A-D: | Exhibits were inadvertently omitted and are attached hereto. |
| **VI.** | Exhibit 43: | Several pages were inadvertently omitted and are attached hereto. |

Dated:  April 23, 2011

Respectfully submitted,
/s/ Carolyn Beasley Burton
Carolyn Beasley Burton
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903