Cynthia K. Smith
(Montana Bar No. 1888)
JASPER SMITH OLSON P.C.
P.O. Box 7785
Missoula, MT  59807-7785
Phone:  (406) 541-7177
Fax:  (406) 541-7179
cks@montanalaw.com
*Attorney for Rebecca Cole*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL 1735 |
| _____ | Case No.2:06-CV-00225-PMP-PAL (BASE FILE) |
| THIS DOCUMENT RELATES TO: | |
| Rebecca Cole | |
| _____ | |

**NOTICE OF FILING OF AFFIDAVIT OF CYNTHIA K. SMITH IN OPPOSITION TO MOTION TO VACATE FILED BY CO-LEAD COUNSEL CAROLYN BEASLEY BURTON (DOCKET NO. 737)**

Please take notice that Class Counsel for Montana has filed the April 25, 2011, Affidavit of Cynthia K. Smith in opposition to the Motion to Vacate filed by Co-Lead Counsel Carolyn Beasley Burton (Docket No. 737).  The Affidavit is attached hereto as Exhibit 1.

Dated this 25^(TH) day of April, 2011.

          <u>/s/  Cynthia K. Smith</u>
          Counsel for Rebecca Cole
          JASPER SMITH OLSON P.C.
          P.O. Box 7785
          Missoula MT 59807-7785
          (406) 541-7177