170 Osborne Road
Okolona, AR 71962
May 16 2011

RECEIVED
CHAMBERS OF
MAY 1 8 2011
PHILIP M. PRO
U.S DISTRICT JUDGE

Attn: Judge Phillip M. Pro
United States District Court
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101-7065

Subject: ReFile Claim Walmart Stores, Inc. Employment Practices Litigation
MDL 1735 Docket No 2:06-cv-00225-PMP-PAL

To Whom It May Concern:

Amanda Mande Claims Administrator 612 359 2022 phone number Rust Consulting Inc- The Walmart Class Settlement money amount maximum amount 85 million and minimum 65 million 3,200,000 victims I worked for Malvern Walmart a year my portion should have been 250 or 166.66 estimate the amount was so low because the way I answered the questions, but the questions were pointless. My claim at the Malvern was discrimination and equal pay claim was ignored. Customer Representative Justin said they paid every victim a low amount and did not follow pay scale.
For your information I want the 250 difference from 42 equals 208. Second Subtitle claim Fraudlent discrimination and equal pay claim and rehired approximately 100,208 total check. Mistakes were made by Rust Consulting and Attorney Robert Bonsignore and Carolyn Beasley Burton ignored objection to claim, did not asks for a billions dollar settlement and to be rehired.

Sincerely
Kevin Pollins
870 274 3369