UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION. <br><br> AND ALL RELATED CASES. | MDL 1735 <br><br> 2:06-CV-00225-PMP-PAL <br><br> O R D E R |

Before the Court is the Motion to Reopen (Doc. #804) filed on August 29, 2011 by Kevin Pollins, seeking to reopen the case related to his discrimination and equal pay claims. However, this Multi-District Litigation involved only alleged wage and hour violations by Defendants, not discrimination or equal pay violations. The Court therefore will not reopen the case to address unrelated matters.

IT IS THEREFORE ORDERED that Kevin Pollins' Motion to Reopen (Doc. #804) is hereby DENIED.

DATED: October 11, 2011

_____
PHILIP M. PRO
United States District Judge