UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

IN RE: WAL-MART WAGE AND HOUR )
EMPLOYMENT PRACTICES )
LITIGATION. )      2:06-CV-00225-PMP-PAL
)
)      JUDGMENT
AND ALL RELATED CASES. )
)

In accordance with this Court's Order (Doc. #809), Judgment is hereby entered confirming the arbitrator's Opinion and Order (Doc. #779).

DATED:   October 19, 2011

_____
PHILIP M. PRO
United States District Judge