UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION. | MDL 1735 |
| | 2:06-CV-00225-PMP-PAL |
| | <u>O R D E R</u> |
| AND ALL RELATED CASES. | |

Before the Court for consideration is a Letter/Motion to Remand (Doc. #812) filed October 20, 2011, by Mr. Kevin Pollins. As this action is closed, there is no case to consider for remand. Additionally, the action addressed by Mr. Pollins was not removed to this Court from Nevada State Court.

**IT IS THEREFORE ORDERED that** Mr. Kevin Pollins' Motion to Remand (Doc. #812 ) is **DENIED**.

DATED: October 31, 2011.

_____
PHILIP M. PRO
United States District Judge