UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION.<br><br>AND ALL RELATED CASES. | MDL 1735<br><br>2:06-CV-00225-PMP-PAL<br><br><u>O R D E R</u> |

IT IS ORDERED that the Emergency Motion for Stay of Enforcement of Judgment (Doc. #826) is hereby GRANTED to the limited extent that Bonsignore and Brewer and its agents, servants, employees, assigns, attorneys, and persons in active concert or participation with them are hereby temporarily enjoined from attempting to execute on the Judgment obtained in this action, either directly or through enforcement of a registered foreign judgment, pending this Court's resolution of whether to grant a stay pending appeal and any associated bond issues.

IT IS FURTHER ORDERED that any interested party who has filed an appeal in this action shall respond to Bonsignore and Brewer's request that a bond be posted or the stay of execution be lifted on or before April 14, 2012.

DATED: March 30, 2012

_____
PHILIP M. PRO
United States District Judge