UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION. | MDL 1735 |
| | 2:06-CV-00225-PMP-PAL (BASE FILE) |
| AND ALL RELATED CASES. | **O R D E R** |

Having read and considered Plaintiff's fully briefed Motion for Appeal Bond for Carol LaPlant (Doc. #828), and finding that no good cause is shown to require Carol LePlant to post an appeal bond in the amount of $6,447.18 to secure the cost of preparation and transmission of the record on appeal, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Appeal Bond for Carol LaPlant (Doc. #828) is **DENIED**.

DATED: May 14, 2012.

_____
PHILIP M. PRO
United States District Judge