UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION.<br><br>AND ALL RELATED CASES. | MDL 1735<br><br>2:06-CV-00225-PMP-PAL<br><br><u>O R D E R</u> |

IT IS ORDERED that the stay previously entered by this Court on March 30, 2012 (Doc. #831) is hereby extended pending resolution of the appeal in this matter. No bond is required at this time.

IT IS FURTHER ORDERED that Defendants' Request for Guidance in Light of Recent Filings by Plaintiffs' Counsel is hereby DENIED as moot.

DATED: May 21, 2012

_____
PHILIP M. PRO
United States District Judge