UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION. | MDL 1735 |
| | 2:06-CV-00225-PMP-PAL |
| AND ALL RELATED CASES. | O R D E R |

IT IS ORDERED that any party wishing to respond to the Emergency Motion by the Mills Law Firm and Carol P. LaPlant to Enforce this Court's Injunction; for Contempt and for Monetary Sanctions (Doc. #858) shall file a response on or before August 9, 2012.

DATED: July 30, 2012

_____
PHILIP M. PRO
United States District Judge