UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION. | MDL 1735 <br> 2:06-CV-00225-PMP-PAL |
| AND ALL RELATED CASES. | O R D E R |

IT IS ORDERED that any party wishing to respond to the Emergency Request for Documents Filed Under Seal and to Confirm Inclusion in Transmitted Record on Appeal (Doc. #861) shall file a response on or before August 10, 2012.

DATED: August 6, 2012

_____
PHILIP M. PRO
United States District Judge