UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION.<br><br>AND ALL RELATED CASES. | MDL 1735<br><br>2:06-CV-00225-PMP-PAL<br><br>O R D E R |

       Having read and considered the Emergency Motion by the Mills Law Firm and Carol P. LaPlant to Enforce This Court's Injunction; for Contempt and for Monetary Sanctions (Doc. #858), and the Response (Doc. #864) thereto filed on behalf of Respondents Tate Law Group, Glorioso Law Firm, Henretta Law Offices, Mullis Law Firm, and Bonsignore and Brewer and Gilreath & Associates, and it appearing therefrom that upon receipt of notice of this Court's Order (Doc. #855) of July 6, 2012, Respondents have ceased their activities in the "Georgia action" in compliance with this Court's order enjoining their participation in that action,

       IT IS ORDERED that the Emergency Motion by the Mills Law Firm and Carol P. LaPlant to Enforce This Court's Injunction; for Contempt and for Monetary Sanctions (Doc. #858) is hereby DENIED.

       IT IS FURTHER ORDERED that all counsel involved in this action are reminded that it is their responsibility to ensure that the Clerk of this Court is notified promptly of any change of address, email address, phone number, and other pertinent contact information to enable proper notice of papers filed and orders entered in this case.

DATED: August 7, 2012

                                                        PHILIP M. PRO<br>
                                                        United States District Judge