UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION.<br><br>AND ALL RELATED CASES. | MDL 1735<br><br>2:06-CV-00225-PMP-PAL<br><br>O R D E R |

Before the Court is the Emergency Request for Documents Filed Under Seal and to Confirm Inclusion in Transmitted Record on Appeal (Doc. #861), filed on August 6, 2012 by Co-Lead Counsel Robert Bonsignore ("Bonsignore"). The Mills Law Firm and Carol P. LaPlant filed a Response (Doc. #868) on August 9, 2012.

By his Motion, Bonsignore seeks copies of documents filed under seal in this case, as well as confirmation that the documents were transmitted as part of the record on appeal. Specifically, Bonsignore seeks copies of Docket Nos. 661, 676, 677, 679, 680, 683, 684, and 686. The Mills Law Firm and Carol P. LaPlant respond that they do not know the contents of the documents, and they therefore request that they be able to review the documents before the Court unseals them.

Docket No. 661 is a response to a motion filed by Bonsignore. Docket No. 676 is a declaration by the arbitrator, Layn Phillips, which states it was served on Bonsignore. Docket No. 677 is a motion by Co-Lead Counsel Carolyn Beasley Burton ("Burton") requesting leave to file an opinion issued by Layn Phillips under seal. Docket No. 679 is a notice of a ruling issued by Layn Phillips, filed by Burton, attached to which is an opinion and order issued by Phillips in an

arbitration proceeding to which Bonsignore was a party.  Docket No. 680 is a motion to seal filed by Carole LaPlant.  Docket Nos. 683, 684, and 686 are Orders by the Court permitting the filing of documents under seal.

The Court can discern no reason why Docket Nos. 677, 680, 683, 684, and 686 should remain sealed.  The Court therefore will order the Clerk of Court to unseal Docket Nos. 677, 680, 683, 684, and 686.  Further, the Court finds no reason why all Plaintiffs' counsel should not be permitted copies of Docket Nos. 661, 676, and 679 for purposes of preparing briefs on appeal.  The Court therefore will direct the Clerk of Court to provide copies of these sealed filings to any Plaintiffs' counsel who request such copies for purposes of preparing briefs in the appeal currently pending before the United States Court of Appeals for the Ninth Circuit.  However, Docket Nos. 661, 676, and 679 will remain sealed on this Court's docket, as they involve confidential arbitration information.

IT IS THEREFORE ORDERED that the Emergency Request for Documents Filed Under Seal and to Confirm Inclusion in Transmitted Record on Appeal (Doc. #861) is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall unseal Docket Nos. 677, 680, 683, 684, and 686.

IT IS FURTHER ORDERED that Docket Nos. 661, 676, and 679 shall remain under seal.

IT IS FURTHER ORDERED that the Clerk of Court may provide copies of Docket Nos. 661, 676, and 679 to any Plaintiffs' counsel who requests such copies for purposes of preparing briefs in the appeal currently pending before the United States Court of Appeals for the Ninth Circuit.

DATED:  August 13, 2012

_____
PHILIP M. PRO
United States District Judge